

# UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF PENNSYLVANIA

July 10, 2008

6170

**WILLIAM L. STANDISH**
**DISTRICT JUDGE**

808 U.S. COURTHOUSE
PITTSBURGH, PA 15219
(412) 208-7430

Honorable Ortrie Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
Administrative Office of the U.S. Courts
One Columbus Circle, N.E.
Washington, D.C.  20544

RE: Calendar Year 2007 Filing

Dear Judge Smith:

In response to your June 23, 2008, letter, I have made the following corrections to my Financial Disclosure Report for the calendar year 2007:

1.  In the Second Part, No. 1, I removed the position of "Co-Trustee of Trust No. 16" from the report.  Copies are enclosed for your review.  This Trust has been fully Distributed.

2.  In the Second Part, No. 2, I accidently deleted Pepsico, Inc., from Page 21, lines 300 and 301.  Pepsico, Inc., now appears on the enclosed revision of Page 18, lines 249 and 250.

3.  In the Second Part, No. 3, I corrected the omissions and enclose herewith three copies of corrected Pages 1, 43, 71, 73, 74 and 100.

Very truly yours,



WLS/md

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2007

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Standish, William L | 2. Court or Organization<br><br>U.S. Dist Court, W. Dist of PA | 3. Date of Report<br><br>05/06/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>6170 U.S. Post Office & Cthse<br>700 Grant Street<br>Pittsburgh, PA 15219 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Co-Trustee of Trust No. 13 |
| 2. Co-Trustee | Co-Trustee of Trust No. 14 |
| 3. Co-Trustee | Co-Trustee of Trust No. 15 |
| 4. Trustee | Western Pennsylvania School for the Deaf |
| 5. Trustee | Sewickley Valley YMCA |
| 6. Director | Pittsburgh Theological Seminary |
| 7. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 JUL 17 A 10: 58 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ N●NE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239.  -Natl Semiconductor Corp | | | | | Bot | 02/12 | | | |
| 240.  -Natl Semiconductor Corp | | | | | Sold | 11/15 | | | |
| 241.  -News Corp Inc | | | | | | | | | |
| 242.  -News Corp Inc | | | | | Bot | 02/12 | | | |
| 243.  -News Corp Inc | | | | | Bot | 11/09 | | | |
| 244.  -Nike Inc Cl B | | | | | Part Sold | 08/28 | | | |
| 245.  -Noble Corp | | | | | Sold | 02/12 | | | |
| 246.  -Omnicom Group Inc | | | | | Bot | 02/12 | | | |
| 247.  -Oracle Corp | | | | | Bot | 02/12 | | | |
| 248.  -Oracle Corp | | | | | Part Sold | 11/15 | | | |
| 249.  - Pepsico Inc | | | | | | | | | |
| 250.  - Pepsico Inc | | | | | Bot | 02/12 | | | |
| 251.  -Pfizer Inc | | | | | | | | | |
| 252.  -Pfizer Inc | | | | | Bot | 02/12 | | | |
| 253.  -Praxir Inc | | | | | | | | | |
| 254.  -Praxir Inc | | | | | Bot | 02/12 | | | |
| 255.  -Procter & Gamble Co | | | | | | | | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes:      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000      ● =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
                                 P3 =$25,000,001 - $50,000,000                                    P4 =More than $50,000,000
3. Value Method Codes:      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
   (See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. -Procter & Gamble Co | | | | | Bot | 02/12 | | | |
| 257. -Prudential Fin'l Inc | | | | | Bot | 02/12 | | | |
| 258. -Prudential Fin'l Inc | | | | | Sold | 08/28 | | | |
| 259. -Qualcomm Inc | | | | | | | | | |
| 260. -Qualcomm Inc | | | | | Bot | 02/12 | | | |
| 261. -Sanofi Synthelab Spon Adr | | | | | | | | | |
| 262. -Sanofi Synthelab Spon Adr | | | | | Bot | 02/12 | | | |
| 263. -Sanofi Synthelab Spon Adr | | | | | Sold | 08/07 | | | |
| 264. -Schering Plough Co | | | | | Bot | 02/12 | | | |
| 265. -Sempra Energy | | | | | Bot | 03/02 | | | |
| 266. -Starbucks Corp | | | | | | | | | |
| 267. -St Jude Medical Inc | | | | | Bot | 11/09 | | | |
| 268. -State Street Corp | | | | | Sold | 02/12 | | | |
| 269. -Supervalu Inc | | | | | Bot | 02/12 | | | |
| 270. -3M Co | | | | | | | | | |
| 271. -3M Co | | | | | Bot | 02/12 | | | |
| 272. -3M Co | | | | | Sold | 05/08 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. -Target Corp | | | | | | | | | |
| 274. -Target Corp | | | | | Bot | 02/12 | | | |
| 275. -Texas Instruments | | | | | | | | | |
| 276. -Texas Instruments | | | | | Bot | 02/12 | | | |
| 277. -Texas Instruments | | | | | Part Sold | 10/26 | | | |
| 278. -Textron Inc | | | | | | | | | |
| 279. -ThermoFisher Scientific Inc | | | | | Bot | 02/12 | | | |
| 280. -The St Paul Travelers Cos | | | | | Sold | 02/12 | | | |
| 281. -TJX Companies Inc | | | | | Bot | 02/12 | | | |
| 282. -TXU Corp | | | | | | | | | |
| 283. -TXU Corp | | | | | Bot | 02/12 | | | |
| 284. -TXU Corp | | | | | Sold | 03/01 | | | |
| 285. -Unitedhealth Group Inc | | | | | Part Sold | 02/12 | | | |
| 286. -Unitedhealth Group Inc | | | | | Part Sold | 06/05 | | | |
| 287. -United Technologies Corp | | | | | Sold | 02/12 | | | |
| 288. -U S Bancorp Del | | | | | Sold | 02/12 | | | |
| 289. -Verizon Communications | | | | | Sold | 02/12 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -Verizon Communications | | | | | Bot | 05/08 | | | |
| 291. -Wallgreen Co | | | | | | | | | |
| 292. -Walgreen Co | | | | | Bot | 02/12 | | | |
| 293. -Walgreen Co | | | | | Sold | 04/27 | | | |
| 294. -Wal-Mart Stores Inc | | | | | | | | | |
| 295. -Wal-Mart Stores Inc | | | | | Bot | 02/12 | | | |
| 296. -Wal-Mart Stores Inc | | | | | Bot | 11/26 | | | |
| 297. -Wells Fargo & Co | | | | | | | | | |
| 298. -Wells Fargo & Co New | | | | | Bot | 02/12 | | | |
| 299. -Wyeth | | | | | Part Sold | 02/09 | | | |
| 300. -XTO Energy Inc | | | | | Bot | 02/12 | | | |
| 301. -Dreyfus Basic S&P 500 Stk Index | | | | | Sold | 02/07 | | | |
| 302. -Mellon Emerging Mkts Fund Cl M | | | | | | | | | |
| 303. -Mellon Emerging Mkts Fund Cl M | | | | | Bot | 12/24 | | | |
| 304. -Mellon Int'l Fund Cl M | | | | | | | | | |
| 305. -Mellon Int'l Fund Cl M | | | | | Bot | 12/19 | | | |
| 306. -Mellon Mid-Cap Stock Fund Cl M | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307. -Mellon Mid-Cap Stock Fund Cl M | | | | | Bot | 12/07 | | | |
| 308. -Mellon Natl Interm Muni Bd Fd Cl M | | | | | | | | | |
| 309. -Mellon Natl Interm Muni Bd Fd Cl M | | | | | Bot | 12/04 | | | |
| 310. -Mellon Optima L/S Strategy Fd | | | | | | | | | |
| 311. -Mellon Small Cap Stock Fd Cl M | | | | | | | | | |
| 312. -Mellon Small Cap Stock Fd Cl M | | | | | Bot | 12/06 | | | |
| 313. Trust #3 (1/6 Income Int) | E | Div & Int | O | T | | | L | G | See Section VIII #1 |
| 314. -Mellon Nat'l Muni MM Fund | | | | | Mon Mkt Inv | | | | |
| 315. -Abbott Laboratories | | | | | Part Sold | 04/18 | | | |
| 316. -Abercrombie & Fitch Co | | | | | Sold | 02/12 | | | |
| 317. -Accenture Ltd | | | | | Bot | 02/12 | | | |
| 318. -Accenture Ltd | | | | | Sold | 11/15 | | | |
| 319. -Allegheny Tech Inc | | | | | Bot | 02/12 | | | |
| 320. -Allergan Inc | | | | | Sold | 02/12 | | | |
| 321. -Alltel Corp | | | | | Sold | 02/12 | | | |
| 322. -Altria Group Inc | | | | | | | | | |
| 323. -Altria Group Inc | | | | | Bot | 02/12 | | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 664. -Mellon Natl Interm Muni Bd Fd Cl M | | | | | Bot | 02/12 | | | |
| 665. -Mellon Optima L/S Strategy Fd LLC | | | | | | | | | |
| 666. -Mellon Small Cap Stock Fund Cl M | | | | | Part Sold | 09/05 | | | |
| 667. -Mellon Small Cap Stock Fund Cl M | | | | | Bot | 12/06 | | | |
| 668. Custody Acct #1          (100% Interest) | | | | | | | | | |
| 669. -Abbott Laboratories | E | Dividend | O | T | | | | | |
| 670. -Agilent Tech Inc | | None | M | T | Bot | 04/05 | L | | |
| 671. -Alltel Corp | B | Dividend | | T | Sold | 11/16 | M | F | |
| 672. -Altria Group Inc | D | Dividend | M | T | | | | | |
| 673. -Altria Group (spinoff of Kraft Foods) | | None | M | T | Spinoff | 04/05 | J | | |
| 674. -American Express | B | Dividend | M | T | | | | | |
| 675. -Amgen Inc | | None | | T | Sold | 04/05 | M | | |
| 676. -Automatic Data Processing | C | Dividend | M | T | | | | | |
| 677. -Auto Data Process (spinoff of Broadridge) | | None | M | T | Spinoff | 04/03 | K | | |
| 678. -BJW Inc (S Corp) Alexandria, V | | None | K | U | | | | | |
| 679. -Bank of America | D | Dividend | M | T | | | | | |
| 680. -Broadridge Finl (rec fr ADP spinoff) | A | Dividend | K | T | Received | 04/03 | K | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1140. -Merck & Co | E | Dividend | O | T | | | | | |
| 1141. -Neenah Paper Inc | A | Dividend | | T | Sold | 04/05 | J | C | |
| 1142. -Pepsico Inc | C | Dividend | M | T | | | | | |
| 1143. -Pitney Bowes Inc | C | Dividend | M | T | | | | | |
| 1144. -Procter & Gamble | E | Dividend | M | T | Part Sold | 06/14 | J | E | |
| 1145. -Smucker J M Co | B | Dividend | L | T | | | | | |
| 1146. -3M Co | D | Dividend | N | T | | | | | |
| 1147. -United Tech Inc | A | Dividend | L | T | Bot | 06/14 | L | | |
| 1148. -Verigy | | None | | T | Sold | 04/05 | J | | |
| 1149. -Verizon Comm | C | Dividend | M | T | Bot | 04/05 | M | | |
| 1150. -Windstream | B | Dividend | | T | Sold | 04/05 | M | F | |
| 1151. Agency Acct #1 | | | | | | | | | |
| 1152. -Hillman-Burgettstown Mineral Acct (2.6% ..Income Int) | | None | J | U | Coal Royalty | | | | |
| 1153. Broker A/C #1 (100% Interest) | | | | | | | | | |
| 1154. -Abbott Laboratories | C | Dividend | L | T | | | | | |
| 1155. -Abitibi Consol (merged into Abitibibowater) | | | | | Merged | 11/06 | K | | |
| 1156. -Abitibi Consol Inc | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1174. -Cabella's Inc | | None | | T | Sold | 11/20 | L | | |
| 1175. -Chicos Fas Inc | | None | | T | Sold | 11/20 | K | | |
| 1176. -China Mobile Hong Kong Ltd | C | Dividend | N | T | | | | | |
| 1177. -Citigroup Inc | C | Dividend | L | T | | | | | |
| 1178. -Coach Inc | | None | L | T | | | | | |
| 1179. -Coca Cola Co | B | Dividend | L | T | | | | | |
| 1180. -Comcast Corp Cl A | | None | K | T | | | | | |
| 1181. -Comcast Corp Cl A - Spl | | None | L | T | | | | | |
| 1182. -Corning Inc | A | Dividend | L | T | | | | | |
| 1183. -Cypress Semiconductor Corp Del | | None | M | T | | | | | |
| 1184. -Cytyc Corp (merged into Hologic) | | None | | | Merged | 10/23 | M | | See Section VIII #2 |
| 1185. -Dow Chemical | B | Dividend | K | T | | | | | |
| 1186. -E I duPont deNemours | C | Dividend | M | T | | | | | |
| 1187. -Electronic Data Sys Corp New | A | Dividend | L | T | | | | | |
| 1188. -Emerson Electric | A | Dividend | K | T | | | | | |
| 1189. -Encore Capital Group Inc | | None | | T | Sold | 12/07 | L | | |
| 1190. -Exxon Mobil Corp | D | Dividend | O | T | | | | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1191. -FPL Group Inc | B | Dividend | L | T | | | | | |
| 1192. -Federated Dept (name chg to Macy's) | A | Dividend | | | Delivered | 06/01 | K | | See Section VIII #2 |
| 1193. -FEI Co | | None | | | Bot | 02/16 | L | | |
| 1194. -FEI Co | | None | | | Sold | 12/07 | L | | |
| 1195. -Flextronics Int'l Ltd USD | | None | L | T | | | | | |
| 1196. -Foundry Networks Inc | | None | L | T | | | | | |
| 1197. -Gamestop Corp New Cl B(merged into CLA) | | None | | | Merged | 02/09 | K | | See Section VIII #2 |
| 1198. Gamestop Corp New CLA(recd in merger) | | | L | T | Received | 02/09 | L | | |
| 1199. -General Electric Co | D | Dividend | N | T | | | | | |
| 1200. -Glaxo Smithkline | B | Dividend | K | T | | | | | |
| 1201. -Google Inc | | None | M | T | Bot | 02/05 | K | | |
| 1202. -Hanesbrands Inc | | None | L | T | | | | | |
| 1203. -H J Heinz Co | B | Dividend | L | T | | | | | |
| 1204. -Hologic Inc (recd fr Cytyc merger) | | None | L | T | Received | 10/23 | L | | |
| 1205. -Home Depot Inc | C | Dividend | L | T | | | | | |
| 1206. -Home Solutions America | | None | | T | Bot | 01/23 | L | | |
| 1207. -Home Solutions America | | None | | T | Sold | 12 20 | J | | |

1. Income Gain Codes:
(See Columns B1 and D4)

2. Value Codes
(See Columns C1 and D3)

3. Value Method Codes
(See Column C2)

| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| N =$250,001 - $500,000 | ●=$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

(1) Information (in the transaction) omitted from Column (D)3 in accordance with the Committee's letters of February 1, 1999 and November 5, 2003.

(2) Assets merged or delivered have no value at the end of the reporting period and require no entry in Column C.

| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Standish, William L | 2. Court or Organization U.S. Dist Court, W. Dist of PA | 3. Date of Report 05/06/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. District Judge - Senior | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address 6170 U.S. Post Office & Cthse 700 Grant Street Pittsburgh, PA 15219 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Co-Trustee of Trust No. 13 |
| 2. Co-Trustee | Co-Trustee of Trust No. 14 |
| 3. Co-Trustee | Co-Trustee of Trust No. 15 |
| 4. Co-Trustee | Co-Trustee of Trust No. 16 |
| 5. Trustee | Western Pennsylvania School for the Deaf |
| 6. Trustee | Sewickley Valley YMCA |
| 7. Director | Pittsburgh Theological Seminary |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY -9 A 11:01 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4 | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 (1/8 Income Int) | F | Int./Div. | P1 | T | | | J | | See Section VIII #1 |
| 2. -Blackrock PA Muni MM | | | | | Mon Mkt Inv | | | | |
| 3. -Abbott Laboratories Inc | | | | | Distributed | 01/03 | | | |
| 4. -Air Products & Chemicals | | | | | Distributed | 01/03 | | | |
| 5. -Altria Group Inc | | | | | Distributed | 01/03 | | | |
| 6. -American Express Co | | | | | Distributed | 01/03 | | | |
| 7. -Automatic Data Processing | | | | | Distributed | 01/03 | | | |
| 8. -BP PLC Spons ADR | | | | | Distributed | 01/03 | | | |
| 9. -Bank of America Corp | | | | | Distributed | 01/03 | | | |
| 10. -Bristol Myers Squibb Co | | | | | Distributed | 01/03 | | | |
| 11. -Caterpillar Inc | | | | | Distributed | 01/03 | | | |
| 12. -Cisco Systems Inc | | | | | Distributed | 01/03 | | | |
| 13. -Citigroup Inc | | | | | Distributed | 01/03 | | | |
| 14. -Coca Cola Co | | | | | Distributed | 01/03 | | | |
| 15. -Dominion Resources Inc | | | | | Distributed | 01/03 | | | |
| 16. -Emerson Electric Co | | | | | Distributed | 01/03 | | | |
| 17. -Exxon Mobil Corp | | | | | Distributed | 01/03 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Fortune Brands Inc | | | | | Distributed | 01/03 | | | |
| 19. -General Electric Co | | | | | Distributed | 01/03 | | | |
| 20. -H J Heinz Co | | | | | Distributed | 01/03 | | | |
| 21. -Home Depot Inc | | | | | Distributed | 01/03 | | | |
| 22. -Idearc Inc | | | | | Distributed | 01/03 | | | |
| 23. -Illinois Tool Works Inc | | | | | Distributed | 01/03 | | | |
| 24. -Ingersoll Rand | | | | | Distributed | 01/03 | | | |
| 25. -Intel Corp | | | | | Distributed | 01/03 | | | |
| 26. -McGraw Hill Cos Inc | | | | | Distributed | 01/03 | | | |
| 27. -Merck & Co | | | | | Distributed | 01/03 | | | |
| 28. -Microsoft Corp | | | | | Distributed | 01/03 | | | |
| 29. -JP Morgan Chase & Co | | | | | Distributed | 01/03 | | | |
| 30. -Nokia Corp | | | | | Distributed | 01/03 | | | |
| 31. -Old Republic Int'l Corp | | | | | Distributed | 01/03 | | | |
| 32. -Oracle Corp | | | | | Distributed | 01/03 | | | |
| 33. -Pfizer Inc | | | | | Distributed | 01/03 | | | |
| 34. -Safeco Corp | | | | | Distributed | 01/03 | | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ N●NE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Southern Co | | | | | Distributed | 01/03 | | | |
| 36. -3M Co | | | | | Distributed | 01/03 | | | |
| 37. -Texas Instruments Inc | | | | | Distributed | 01/03 | | | |
| 38. -United Technologies Corp | | | | | Distributed | 01/03 | | | |
| 39. -Verizon Comm Inc | | | | | Distributed | 01/03 | | | |
| 40. -Walgreen Co | | | | | Distributed | 01/03 | | | |
| 41. -Wells Fargo & Co New | | | | | Distributed | 01/03 | | | |
| 42. -Western Union | | | | | Sold | 01/03 | | | |
| 43. -Wyeth | | | | | Distributed | 01/03 | | | |
| 44. -Zimmer Holdings Inc | | | | | Distributed | 01/03 | | | |
| 45. Trust #1.1 (100% Interest) | G | Div & Int | P2 | T | | | | | See Section VIII #1 |
| 46. -Blackrock PA Muni MM Inst Cl Fd #40 | | | | | Received | 01/03 | | | |
| 47. -Altoona PA City Auth Wtr Rev 4.0-2011 | | | | | Bot | 08/28 | | | |
| 48. Altoona PA City Auth Wtr Rev 4.25-2015 | | | | | Bot | 08/28 | | | |
| 49. -Bucks Cnty PA Wtr&Sewr Auth 4.0-2012 | | | | | Bot | 08/27 | | | |
| 50. -Sancaster PA Pkg Auth Rev 4.0-2015 | | | | | Bot | 09/25 | | | |
| 51. -Lower Bucks Cnty PA Jt Mun 3.6-2013 | | | | | Bot | 09/13 | | | |

1. Income Gain Codes (See Columns B1 and D4)
A -$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
● =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -Lower Merion PA Sch Dist 4.0-2014 | | | | | Bot | 08/27 | | | |
| 53. -North Water PA Wtr Auth Rev XLCA 4.0-2011 | | | | | Bot | 08/06 | | | |
| 54. -PA St Higher Edl Col of Med 3.75-2012 | | | | | Bot | 10/04 | | | |
| 55. -Unionville Chadds Ford PA Sch 3.5-2013 | | | | | Bot | 10/17 | | | |
| 56. -Red Lion PA Sch Dist FGIC 4.0-2013 | | | | | Bot | 11/19 | | | |
| 57. -SpringFord Sch Dist XLCA 4.0-2014 | | | | | Bot | 11/26 | | | |
| 58. -ABB Ltd | | | | | Bot | 10/31 | | | |
| 59. -Abbott Labs Inc | | | | | Received | 01/03 | | | |
| 60. -Air Products & Chemicals Inc | | | | | Received | 01/03 | | | |
| 61. -Altria Group Inc | | | | | Received | 01/03 | | | |
| 62. -Altria Group (Spinoff of Kraft Foods) | | | | | Spinoff | 04/02 | | | |
| 63. -American Express | | | | | Received | 01/03 | | | |
| 64. -Automatic Data Processing | | | | | Received | 01/03 | | | |
| 65. -ADP (Spinoff of Broadridge Finl Sol) | | | | | Spinoff | 04/02 | | | |
| 66. -BP PLC Spons Adr | | | | | Received | 01/03 | | | |
| 67. -Bank of America | | | | | Received | 01/03 | | | |
| 68. -Bristol Myers Squibb Co | | | | | Received | 01/03 | | | |

| 1 Income Gain Codes | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Broadridge Finl Sol (Rec fr ADP spinoff) | | | | | Received | 04/02 | | | . |
| 70. -Broadridge Finl Sol | | | | | Sold | 10/11 | | | |
| 71. -Caterpillar Inc | | | | | Received | 01/03 | | | |
| 72. -Cisco Sys Inc | | | | | Received | 01/03 | | | |
| 73. -Cisco Sys Inc | | | | | Bot | 10/31 | | | |
| 74. -Citigroup Inc | | | | | Received | 01/03 | | | |
| 75. -Citigroup Inc | | | | | Sold | 10/31 | | | |
| 76. -Coca Cola Co | | | | | Received | 01/03 | | | |
| 77. -Dominion Res Inc VA | | | | | Received | 01/03 | | | |
| 78. -Emerson El Co | | | | | Received | 01/03 | | | |
| 79. -Exxon Mobil Corp | | | | | Received | 01/03 | | | |
| 80. -Exxon Mobil Corp | | | | | Part Sold | 02/12 | | | |
| 81. -Exxon Mobil Corp | | | | | Part Sold | 10/11 | | | |
| 82. -Fortune Brands Inc | | | | | Received | 01/03 | | | |
| 83. -Fortune Brands Inc | | | | | Sold | 10/31 | | | |
| 84. -Franklin Resources Inc | | | | | Bot | 10/31 | | | |
| 85. -General Electric Co | | | | | Received | 01/03 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Goldman Sacks Grp Inc | | | | | Bot | 10/31 | | | |
| 87. -Heinz H J Co | | | | | Received | 01/03 | | | |
| 88. -Home Depot Inc | | | | | Received | 01/03 | | | |
| 89. -Idearc Inc | | | | | Received | 01/03 | | | |
| 90. -Idreac Inc | | | | | Sold | 10/11 | | | |
| 91. -Illinois Tool Works Inc | | | | | Received | 01/03 | | | |
| 92. -Ingersoll Rand Co Ltd Cl A | | | | | Received | 01/03 | | | |
| 93. -Intel Corp | | | | | Received | 01/03 | | | |
| 94. -JP Morgan Chase & Co | | | | | Received | 01/03 | | | |
| 95. -Kraft Foods Inc (Recd fr Altria spinoff) | | | | | Received | 04/02 | | | |
| 96. -McGraw Hill Cos Inc | | | | | Received | 01/03 | | | |
| 97. -Merck & Co Inc | | | | | Received | 01/03 | | | |
| 98. -Microsoft Corp | | | | | Received | 01/03 | | | |
| 99. -News Corp Cl A | | | | | Bot | 10/31 | | | |
| 100. -Nike Inc Cl B | | | | | Bot | 10/31 | | | |
| 101. -Nokia Corp | | | | | Received | 01/03 | | | |
| 102. -Northern Tr Corp | | | | | Bot | 10/31 | | | |

1. Income Gain Codes (See Columns B1 and D4)
A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103.  -Old Republic Intl Corp | | | | | Received | 01/03 | | | |
| 104.  -Old Republic Intl Corp | | | | | Sold | 10/31 | | | |
| 105.  -Oracle Corp | | | | | Received | 01/03 | | | |
| 106.  -Oracle Corp | | | | | Bot | 10/31 | | | |
| 107.  -Pfizer Inc | | | | | Received | 01/03 | | | |
| 108.  -Pfizer Inc | | | | | Part Sold | 10/31 | | | |
| 109.  -Safeco Corp | | | | | Received | 01/03 | | | |
| 110.  -Southern Co | | | | | Received | 01/03 | | | |
| 111.  -Texas Instruments Inc | | | | | Received | 01/03 | | | |
| 112.  -3M Company | | | | | Received | 01/03 | | | |
| 113.  -United Tech Corp | | | | | Received | 01/03 | | | |
| 114.  -Verizon Comm Inc | | | | | Received | 01/03 | | | |
| 115.  -Walgreen Co | | | | | Received | 01/03 | | | |
| 116.  -Wells Fargo & Co | | | | | Received | 01/03 | | | |
| 117.  -Wyeth | | | | | Received | 01/03 | | | |
| 118.  -Zimmer Holdings Inc | | | | | Received | 01/03 | | | |
| 119.  -Ishares Tr MSCI EAFE Index Fd | | | | | Bot | 10/11 | | | |

1 Income Gain Codes.        A -$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
  (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes               J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
  (See Columns C1 and D3)    N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3 Value Method Codes        Q =Appraisal            R =Cost (Real Estate Only)   S =Assessment              T =Cash Market
  (See Column C2)            U =Book Value           V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. -Ishares Russell Midcap Index Fd | | | | | Bot | 10/11 | | | |
| 121. -Ishares Tr Russell 2000 Index Fd | | | | | Bot | 10/11 | | | |
| 122. -Vanguard Emerging Mkts Stock | | | | | Bot | 10/11 | | | |
| 123. Trust #2 (1/2 Income Int) | E | Div & Int | P1 | T | | | M | G | See Section VIII #1 |
| 124. -Mellon Nat'l Muni MM Fund | | | | | Mon Mkt Inv | | | | |
| 125. -Bucks County PA Muni Bd | | | | | Matured | 12/03 | | | |
| 126. -Fleetwood PA Area School | | | | | | | | | |
| 127. -Phila PA Sch Muni Bd | | | | | | | | | |
| 128. -Abbott Laboratories | | | | | | | | | |
| 129. -Abbott Laboratories | | | | | Bot | 02/12 | | | |
| 130. -Abbott Laboratories | | | | | Part Sold | 04/25 | | | |
| 131. -Abercrombie & Fitch Co Cl A | | | | | Sold | 02/12 | | | |
| 132. -Accenture Ltd | | | | | Bot | 02/12 | | | |
| 133. -Accenture Ltd | | | | | Sold | 11/15 | | | |
| 134. -Allegheny Tech Inc | | | | | Bot | 02/12 | | | |
| 135. -Allergan Inc | | | | | Sold | 02/12 | | | |
| 136. -Alltell Corp | | | | | Sold | 02/12 | | | |

1 Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4): F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2 Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000; N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
(See Columns C1 and D3): P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3 Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2): U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. -Altria Group Inc | | | | | Bot | 02/12 | | | |
| 138. -Altria Group Inc (Spinoff of Kraft Foods Inc) | | | | | Spinoff | 04/06 | | | |
| 139. -Ambac Finl Group Inc | | | | | Bot | 02/12 | | | |
| 140. -Ambac Finl Group Inc | | | | | Sold | 09/07 | | | |
| 141. -Amdocs Ltd | | | | | Sold | 02/12 | | | |
| 142. -American Express Co | | | | | Sold | 02/12 | | | |
| 143. -American Express Co | | | | | Bot | 08/27 | | | |
| 144. -American Express Co | | | | | Bot | 09/07 | | | |
| 145. -American International Group | | | | | | | | | |
| 146. -American International Group | | | | | Bot | 02/12 | | | |
| 147. -Amgen Inc | | | | | | | | | |
| 148. -Amgen Inc | | | | | Bot | 02/12 | | | |
| 149. -Amgen Inc | | | | | Sold | 05/18 | | | |
| 150. -Apache Corp | | | | | | | | | |
| 151. -Apache Corp | | | | | Bot | 02/12 | | | |
| 152. -Apple Computer Inc | | | | | Part Sold | 02/12 | | | |
| 153. -Apple Computer Inc | | | | | Part Sold | 07/17 | | | |

1 Income Gain Codes       A = $1,000 or less       B = $1,001 - $2,500       C = $2,501 - $5,000       D = $5,001 - $15,000       E = $15,001 - $50,000
  (See Columns B1 and D4)   F = $50,001 - $100,000   G = $100,001 - $1,000,000   H1 = $1,000,001 - $5,000,000   H2 = More than $5,000,000
2 Value Codes              J = $15,000 or less       K = $15,001 - $50,000       L = $50,001 - $100,000   M = $100,001 - $250,000
  (See Columns C1 and D3)   N = $250,001 - $500,000   O = $500,001 - $1,000,000   P1 = $1,000,001 - $5,000,000   P2 = $5,000,001 - $25,000,000
                           P3 = $25,000,001 - $50,000,000                          P4 = More than $50,000,000
3 Value Method Codes       Q = Appraisal             R = Cost (Real Estate Only)   S = Assessment   T = Cash Market
  (See Column C2)           U = Book Value            V = Other                 W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Apple Computer Inc | | | | | Part Sold | 11/15 | | | |
| 155. -AT&T Inc | | | | | Bot | 02/12 | | | |
| 156. -Avon Products Inc | | | | | Sold | 02/12 | | | |
| 157. -Bank of America Corp | | | | | | | | | |
| 158. -Bank of America Corp | | | | | Bot | 02/12 | | | |
| 159. -Capital One Financial Corp | | | | | Sold | 02/12 | | | |
| 160. -Caterpillar Inc | | | | | Sold | 02/12 | | | |
| 161. -Chicago Mercantile Exch | | | | | Bot | 02/12 | | | |
| 162. -Chicago Merc Exc (Name chg to CME Inc | | | | | Name Chanage | 07/11 | | | |
| 163. -Chicos Fas Inc | | | | | Bot | 02/12 | | | |
| 164. -Chubb Corp | | | | | Bot | 02/12 | | | |
| 165. -Chubb Corp | | | | | Bot | 11/27 | | | |
| 166. -Cisco Systems Inc | | | | | Part Sold | 02/12 | | | |
| 167. -Cit Group Inc | | | | | Bot | 02/12 | | | |
| 168. -Cit Group Inc | | | | | Sold | 11/27 | | | |
| 169. -Citigroup Inc | | | | | Part Sold | 02/09 | | | |
| 170. -CME Group Inc (recd fr Chicago Merc name chg) | | | | | Received | 07/11 | | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Coca Cola Co | | | | | Sold | 02/12 | | | |
| 172. -Coca Cola Co | | | | | Bot | 06/20 | | | |
| 173. -Cognizant Tech Sol Corp | | | | | Bot | 02/12 | | | |
| 174. -Cognizant Tech Sol Corp | | | | | Bot | 07/18 | | | |
| 175. -Cognizant Tech Sol Corp | | | | | Part Sold | 10/18 | | | |
| 176. -Cognizant Tech Sol Corp | | | | | Sold | 11/15 | | | |
| 177. -Companhia Vale Do Rio Doce | | | | | | | | | |
| 178. -Companhia Vale Do Rio Doce | | | | | Bot | 02/12 | | | |
| 179. -Companhia Vale Do Rio Doce | | | | | Part Sold | 06/20 | | | |
| 180. -Concophillips | | | | | | | | | |
| 181. -Concophillips | | | | | Bot | 02/12 | | | |
| 182. -CVS/Caremark Group | | | | | Bot | 04/30 | | | |
| 183. -CVS/Caremark Group | | | | | Bot | 11/02 | | | |
| 184. -Danaher Corp | | | | | | | | | |
| 185. -Danaher Corp | | | | | Bot | 02/12 | | | |
| 186. -Directv Grp Inc | | | | | Bot | 11/15 | | | |
| 187. -Eaton Corp | | | | | Bot | 02/12 | | | |

| 1 Income Gain Codes | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. -EMC Corp | | | | | Bot | 04/25 | | | |
| 189. -EMC Corp | | | | | Bot | 10/26 | | | |
| 190. -Emerson Electric Co | | | | | Bot | 02/12 | | | |
| 191. -Ensco Intl Inc | | | | | Bot | 11/15 | | | |
| 192. -Exelon Corp | | | | | | | | | |
| 193. -Exelon Corp | | | | | Bot | 02/12 | | | |
| 194. -Exxon Mobil Corp | | | | | Part Sold | 02/09 | | | |
| 195. -Federated Department Stores | | | | | Sold | 02/12 | | | |
| 196. -Freeport-Mcm Copr Gold Cl B | | | | | Sold | 02/12 | | | |
| 197. -GAP Inc | | | | | Bot | 11/26 | | | |
| 198. -General Electric Co | | | | | Part Sold | 02/09 | | | |
| 199. -Genentech Inc | | | | | Sold | 02/12 | | | |
| 200. -Goldman Sachs Group Inc | | | | | | | | | |
| 201. -Goldman Sachs Group Inc | | | | | Bot | 02/12 | | | |
| 202. -Google Inc | | | | | | | | | |
| 203. -Halliburton Co | | | | | Bot | 02/12 | | | |
| 204. -Halliburton Co (Exch fr Kbr shs) | | | | | Received | 04/16 | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A = $1,000 or less F = $50,001 - $100,000 | B = $1,001 - $2,500 G = $100,001 - $1,000,000 | C = $2,501 - $5,000 H1 = $1,000,001 - $5,000,000 | D = $5,001 - $15,000 H2 = More than $5,000,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J = $15,000 or less N = $250,001 - $500,000 P3 = $25,000,001 - $50,000,000 | K = $15,001 - $50,000 O = $500,001 - $1,000,000 | L = $50,001 - $100,000 P1 = $1,000,001 - $5,000,000 P4 = More than $50,000,000 | M = $100,001 - $250,000 P2 = $5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash Market | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. -Hartfield Financial Svcs Group Inc | | | | | Sold | 02/12 | | | |
| 206. -Hess Corp | | | | | | | | | |
| 207. -Hess Corp | | | | | Bot | 02/12 | | | |
| 208. -Hewlett Packard Co | | | | | Bot | 02/12 | | | |
| 209. -Hilton Hotels Corp | | | | | | | | | |
| 210. -Hilton Hotels Corp | | | | | Bot | 02/12 | | | |
| 211. -Hilton Hotels Corp | | | | | Sold | 08/07 | | | |
| 212. -Honeywell Int'l Inc | | | | | | | | | |
| 213. -Hospira Inc | | | | | Bot | 06/05 | | | |
| 214. -Idearc | | | | | Sold | 02/12 | | | |
| 215. -Johnson & Johnson | | | | | Bot | 11/15 | | | |
| 216. -Kbr Inc (Recd fr Halliburton Exchange) | | | | | Received | 04/16 | | | |
| 217. -Kraft Foods Inc (Recd fr Altria spinoff) | | | | | Received | 04/06 | | | |
| 218. -Kraft Foods Inc | | | | | Sold | 05/08 | | | |
| 219. -Legg Mason Inc | | | | | Sold | 02/12 | | | |
| 220. -Lehman Bros Hldgs Inc | | | | | Sold | 02/12 | | | |
| 221. -Lilly Eli & Co | | | | | Sold | 02/12 | | | |

1 Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000; F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2 Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000; N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000; P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3 Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market; U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Marriott Int'l Inc | | | | | Bot | 08/07 | | | |
| 223. McAfee Inc | | | | | Bot | 06/05 | | | |
| 224. -Medtronic Inc | | | | | | | | | |
| 225. -Medtronic Inc | | | | | Bot | 02/12 | | | |
| 226. -Memc Electric Mtls Inc | | | | | Sold | 02/12 | | | |
| 227. -Merck & Co Inc | | | | | Bot | 05/18 | | | |
| 228. -Merck & Co Inc | | | | | Bot | 08/07 | | | |
| 229. -Merrill Lynch & Co | | | | | Bot | 02/12 | | | |
| 230. -Merrill Lynch & Co | | | | | Sold | 11/18 | | | |
| 231. -Metlife Inc | | | | | Bot | 08/09 | | | |
| 232. -Microchip Tech Inc | | | | | Sold | 02/12 | | | |
| 233. -Microsoft Corp | | | | | | | | | |
| 234. -Microsoft Corp | | | | | Bot | 02/12 | | | |
| 235. -Microsot Corp | | | | | Part Sold | 11/15 | | | |
| 236. -JP Morgan Chase & Co | | | | | | | | | |
| 237. -JP Morgan Chase & Co | | | | | Bot | 02/12 | | | |
| 238. -Motorola Inc | | | | | Sold | 02/12 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Natl Semiconductor Corp | | | | | Bot | 02/12 | | | |
| 240. -Natl Semiconductor Corp | | | | | Sold | 11/15 | | | |
| 241. -News Corp Inc | | | | | | | | | |
| 242. -News Corp Inc | | | | | Bot | 02/12 | | | |
| 243. -News Corp Inc | | | | | Bot | 11/09 | | | |
| 244. -Nike Inc Cl B | | | | | Part Sold | 08/28 | | | |
| 245. -Noble Corp | | | | | Sold | 02/12 | | | |
| 246. -Omnicom Group Inc | | | | | Bot | 02/12 | | | |
| 247. -Oracle Corp | | | | | Bot | 02/12 | | | |
| 248. -Oracle Corp | | | | | Part Sold | 11/15 | | | |
| 249. -Pfizer Inc | | | | | | | | | |
| 250. -Pfizer Inc | | | | | Bot | 02/12 | | | |
| 251. -Praxir Inc | | | | | | | | | |
| 252. -Praxir Inc | | | | | Bot | 02/12 | | | |
| 253. -Procter & Gamble Co | | | | | | | | | |
| 254. -Procter & Gamble Co | | | | | Bot | 02/12 | | | |
| 255. -Prudential Fin'l Inc | | | | | Bot | 02/12 | | | |

1 Income Gain Codes.     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2 Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
     P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3 Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
(See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  -Prudential Fin'l Inc | | | | | Sold | 08/28 | | | |
| 257.  -Qualcomm Inc | | | | | | | | | |
| 258.  -Qualcomm Inc | | | | | Bot | 02/12 | | | |
| 259.  -Sanofi Synthelab Spon Adr | | | | | | | | | |
| 260.  -Sanofi Synthelab Spon Adr | | | | | Bot | 02/12 | | | |
| 261.  -Sanofi Synthelab Spon Adr | | | | | Sold | 08/07 | | | |
| 262.  -Schering Plough Co | | | | | Bot | 02/12 | | | |
| 263.  -Sempra Energy | | | | | Bot | 03/02 | | | |
| 264.  -Starbucks Corp | | | | | | | | | |
| 265.  -St Jude Medical Inc | | | | | Bot | 11/09 | | | |
| 266.  -State Street Corp | | | | | Sold | 02/12 | | | |
| 267.  -Supervalu Inc | | | | | Bot | 02/12 | | | |
| 268.  -3M Co | | | | | | | | | |
| 269.  -3M Co | | | | | Bot | 02/12 | | | |
| 270.  -3M Co | | | | | Sold | 05/08 | | | |
| 271.  -Target Corp | | | | | | | | | |
| 272.  -Target Corp | | | | | Bot | 02/12 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | ●5/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. -Texas Instruments | | | | | | | | | |
| 274. -Texas Instruments | | | | | Bot | 02/12 | | | |
| 275. -Texas Instruments | | | | | Part Sold | 10/26 | | | |
| 276. -Textron Inc | | | | | | | | | |
| 277. -ThermoFisher Scientific Inc | | | | | Bot | 02/12 | | | |
| 278. -The St Paul Travelers Cos | | | | | Sold | 02/12 | | | |
| 279. -TJX Companies Inc | | | | | Bot | 02/12 | | | |
| 280. -TXU Corp | | | | | | | | | |
| 281. -TXU Corp | | | | | Bot | 02/12 | | | |
| 282. -TXU Corp | | | | | Sold | 03/01 | | | |
| 283. -Unitedhealth Group Inc | | | | | Part Sold | 02/12 | | | |
| 284. -Unitedhealth Group Inc | | | | | Part Sold | 06/05 | | | |
| 285. -United Technologies Corp | | | | | Sold | 02/12 | | | |
| 286. -U S Bancorp Del | | | | | Sold | 02/12 | | | |
| 287. -Verizon Communications | | | | | Sold | 02/12 | | | |
| 288. -Verizon Communications | | | | | Bot | 05/08 | | | |
| 289. -Wallgreen Co | | | | | | | | | |

1 Income Gain Codes    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. -Walgreen Co | | | | | Bot | 02/12 | | | |
| 291. -Walgreen Co | | | | | Sold | 04/27 | | | |
| 292. -Wal-Mart Stores Inc | | | | | | | | | |
| 293. -Wal-Mart Stores Inc | | | | | Bot | 02/12 | | | |
| 294. -Wal-Mart Stores Inc | | | | | Bot | 11/26 | | | |
| 295. -Wells Fargo & Co | | | | | | | | | |
| 296. -Wells Fargo & Co New | | | | | Bot | 02/12 | | | |
| 297. -Wyeth | | | | | Part Sold | 02/09 | | | |
| 298. -XTO Energy Inc | | | | | Bot | 02/12 | | | |
| 299. -Dreyfus Basic S&P 500 Stk Index | | | | | Sold | 02/07 | | | |
| 300. -Mellon Emerging Mkts Fund Cl M | | | | | | | | | |
| 301. -Mellon Emerging Mkts Fund Cl M | | | | | Bot | 12/24 | | | |
| 302. -Mellon Int'l Fund Cl M | | | | | | | | | |
| 303. -Mellon Int'l Fund Cl M | | | | | Bot | 12/19 | | | |
| 304. -Mellon Mid-Cap Stock Fund Cl M | | | | | | | | | |
| 305. -Mellon Mid-Cap Stock Fund Cl M | | | | | Bot | 12/07 | | | |
| 306. -Mellon Natl Interm Muni Bd Fd Cl M | | | | | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307. -Mellon Natl Interm Muni Bd Fd Cl M | | | | | Bot | 12/04 | | | |
| 308. -Mellon Optima L/S Strategy Fd | | | | | | | | | |
| 309. -Mellon Small Cap Stock Fd Cl M | | | | | | | | | |
| 310. -Mellon Small Cap Stock Fd Cl M | | | | | Bot | 12/06 | | | |
| 311. Trust #3 (1/6 Income Int) | E | Div & Int | O | T | | | L | G | See Section VIII #1 |
| 312. -Mellon Nat'l Muni MM Fund | | | | | Mon Mkt Inv | | | | |
| 313. -Abbott Laboratories | | | | | Part Sold | 04/18 | | | |
| 314. -Abercrombie & Fitch Co | | | | | Sold | 02/12 | | | |
| 315. -Accenture Ltd | | | | | Bot | 02/12 | | | |
| 316. -Accenture Ltd | | | | | Sold | 11/15 | | | |
| 317. -Allegheny Tech Inc | | | | | Bot | 02/12 | | | |
| 318. -Allergan Inc | | | | | Sold | 02/12 | | | |
| 319. -Alltel Corp | | | | | Sold | 02/12 | | | |
| 320. -Altria Group Inc | | | | | | | | | |
| 321. -Altria Group Inc | | | | | Bot | 02/12 | | | |
| 322. -Altria Group Inc (Spinoff of Kraft Foods) | | | | | Spinoff | 04/02 | | | |
| 323. -Ambac Finl Group Inc | | | | | Bot | 02/12 | | | |

1 Income Gain Codes
  (See Columns B1 and D4)
2 Value Codes
  (See Columns C1 and D3)
3 Value Method Codes
  (See Column C2)

A =$1,000 or less
F =$50,001 - $100,000
J =$15,000 or less
N =$250,001 - $500,000
P3 =$25,000,001 - $50,000,000
Q =Appraisal
U =Book Value

B =$1,001 - $2,500
G =$100,001 - $1,000,000
K =$15,001 - $50,000
O =$500,001 - $1,000,000

R =Cost (Real Estate Only)
V =Other

C =$2,501 - $5,000
H1 =$1,000,001 - $5,000,000
L =$50,001 - $100,000
P1 =$1,000,001 - $5,000,000
P4 -More than $50,000,000
S =Assessment
W =Estimated

D =$5,001 - $15,000
H2 -More than $5,000,000
M =$100,001 - $250,000
P2 =$5,000,001 - $25,000,000

T =Cash Market

E =$15,001 - $50,000

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -Ambac Finl Group Inc | | | | | Sold | 09/07 | | | |
| 325. -Amdocs Ltd | | | | | Sold | 02/12 | | | |
| 326. -American Express Co | | | | | Sold | 02/12 | | | |
| 327. -American Express Co | | | | | Bot | 08/29 | | | |
| 328. -American Express Co | | | | | Bot | 09/07 | | | |
| 329. -American Int'l Group | | | | | | | | | |
| 330. -American Int'l Group | | | | | Bot | 02/12 | | | |
| 331. -Amgen Inc | | | | | Part Sold | 02/12 | | | |
| 332. -Amgen Inc | | | | | Sold | 05/18 | | | |
| 333. -Apache Corp | | | | | | | | | |
| 334. -Apple Computer Inc | | | | | Part Sold | 02/12 | | | |
| 335. -Apple Computer Inc | | | | | Part Sold | 07/17 | | | |
| 336. -Apple Computer Inc | | | | | Part Sold | 11/15 | | | |
| 337. -AT&T Inc | | | | | Bot | 02/12 | | | |
| 338. -Avon Products Inc | | | | | Sold | 02/12 | | | |
| 339. -Bank of America Corp | | | | | | | | | |
| 340. -Bank of America Corp | | | | | Bot | 02/12 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341. -Capital One Financial Corp | | | | | Sold | 02/12 | | | |
| 342. -Caterpillar Inc | | | | | Sold | 02/12 | | | |
| 343. -Chicago Merc Exchange | | | | | Bot | 02/12 | | | |
| 344. -Chicago Merc Exch (Name chg to CME) | | | | | Delivered | 07/13 | | | |
| 345. -Chubb Corp | | | | | Bot | 02/12 | | | |
| 346. -Chubb Corp | | | | | Bot | 11/27 | | | |
| 347. -Cisco Sys Inc | | | | | Part Sold | 02/12 | | | |
| 348. -Cit Group Inc | | | | | Bot | 02/12 | | | |
| 349. -Cit Group Inc | | | | | Sold | 11/26 | | | |
| 350. -Citigroup Inc | | | | | Sold | 02/12 | | | |
| 351. -CME Group Inc (Name chg fr Chicago Merc) | | | | | Received | 07/13 | | | |
| 352. -Coca Cola Co | | | | | Sold | 02/12 | | | |
| 353. -Coca Cola Co | | | | | Bot | 06/25 | | | |
| 354. -Cognizant Tech Solutions Corp | | | | | Bot | 02/12 | | | |
| 355. -Cognizant Tech Solutions Corp | | | | | Bot | 07/17 | | | |
| 356. -Cognizant Tech Solutions Corp | | | | | Part Sold | 10/18 | | | |
| 357. -Cognizant Tech Solutions Corp | | | | | Sold | 11/15 | | | |

1 Income Gain Codes  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2 Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and C3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3 Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 358. -Companhia Vale Do Rio Doce | | | | | Part Sold | 06/20 | | | |
| 359. -Concophillips | | | | | | | | | |
| 360. -Concophillips | | | | | Bot | 02/12 | | | |
| 361. -CVS/Caremark Corp | | | | | Bot | 04/30 | | | |
| 362. -CVS/Caremark Corp | | | | | Bot | 11/02 | | | |
| 363. -Danaher Corp | | | | | Part Sold | 02/12 | | | |
| 364. -Directv Group Inc | | | | | Bot | 11/15 | | | |
| 365. -Eaton Corp | | | | | Bot | 02/12 | | | |
| 366. -EMC Corp Mass | | | | | Bot | 04/25 | | | |
| 367. -EMC Corp Mass | | | | | Bot | 10/26 | | | |
| 368. -Emerson Electric Co | | | | | Bot | 02/12 | | | |
| 369. -Ensco Intl Inc | | | | | Bot | 11/15 | | | |
| 370. -Exelon Corp | | | | | | | | | |
| 371. -Exxon Mobil Corp | | | | | Part Sold | 02/12 | | | |
| 372. -Federated Department Stores | | | | | Sold | 02/12 | | | |
| 373. -Freeport-McM Copper Gold | | | | | Sold | 02/12 | | | |
| 374. -GAP Inc | | | | | Bot | 11/26 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 375. -General Electric Co | | | | | Part Sold | 02/12 | | | |
| 376. -Genetech Inc | | | | | Sold | 02/12 | | | |
| 377. -Goldman Sachs Group Inc | | | | | | | | | |
| 378. -Google Inc | | | | | Part Sold | 02/12 | | | |
| 379. -Halliburton Co | | | | | Bot | 02/12 | | | |
| 380. -Halliburton Co (Exch for Kbr Inc) | | | | | Exchange | 04/16 | | | |
| 381. -Hartford Financial Services | | | | | Sold | 02/12 | | | |
| 382. -Hess Corp | | | | | | | | | |
| 383. -Hewlett Packard Co | | | | | Bot | 02/12 | | | |
| 384. -Hilton Hotels Corp | | | | | Part Sold | 02/12 | | | |
| 385. -Hilton Hotels Corp | | | | | Sold | 08/07 | | | |
| 386. -Honeywell Int'l Inc | | | | | Part Sold | 02/12 | | | |
| 387. -Hospira Inc | | | | | Bot | 03/14 | | | |
| 388. -Hospira Inc | | | | | Bot | 06/06 | | | |
| 389. -Idearc | | | | | Sold | 02/12 | | | |
| 390. -Johnson & Johnson | | | | | Bot | 11/15 | | | |
| 391. -Kbr Inc (Recd fr Halliburton Exch) | | | | | Received | 04/16 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. -Kraft Foods Inc (Recd fr Altria Spinoff) | | | | | Received | 04/02 | | | |
| 393. -Kraft Foods Inc | | | | | Sold | 05/08 | | | |
| 394. -Legg Mason | | | | | Sold | 02/12 | | | |
| 395. -Lehman Bros Hldgs Inc | | | | | Sold | 02/12 | | | |
| 396. -Lilly Eli & Co | | | | | Sold | 02/12 | | | |
| 397. -Marriott Ind Inc | | | | | Bot | 08/07 | | | |
| 398. -McAfee | | | | | Bot | 06/16 | | | |
| 399. -Medtronic Inc | | | | | Part Sold | 02/12 | | | |
| 400. -Meme Electric Mtls Inc | | | | | Sold | 02/12 | | | |
| 401. -Merck & Co Inc | | | | | Bot | 05/18 | | | |
| 402. -Merck & Co Inc | | | | | Bot | 08/07 | | | |
| 403. -Merrill Lynch & Co | | | | | Bot | 02/12 | | | |
| 404. -Merrill Lynch & Co | | | | | Sold | 11/08 | | | |
| 405. -Metlife Inc | | | | | Bot | 08/29 | | | |
| 406. -Microchip Technology Inc | | | | | Sold | 02/12 | | | |
| 407. -Microsoft Corp | | | | | | | | | |
| 408. -Microsoft Corp | | | | | Bot | 02/12 | | | |

1. Income Gain Codes (See Columns B1 and D4)
A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. -Microsoft Corp | | | | | Bot | 11/15 | | | |
| 410. -JP Morgan Chase & Co | | | | | | | | | |
| 411. -JP Morgan Chase & Co | | | | | Bot | 02/12 | | | |
| 412. -Motorola Inc | | | | | Sold | 02/12 | | | |
| 413. -Nat'l Semiconductor Corp | | | | | Bot | 02/12 | | | |
| 414. -Nat'l Semiconductor Corp | | | | | Sold | 11/05 | | | |
| 415. -News Corp Inc | | | | | | | | | |
| 416. -News Corp Inc | | | | | Bot | 02/12 | | | |
| 417. -News Corp Inc | | | | | Bot | 11/09 | | | |
| 418. -Nike Inc Cl B | | | | | Part Sold | 08/28 | | | |
| 419. -Noble Corp | | | | | Sold | 02/12 | | | |
| 420. -Omnicom Group Inc | | | | | Bot | 02/12 | | | |
| 421. -Oracle Corp | | | | | Bot | 02/12 | | | |
| 422. -Oracle Corp | | | | | Part Sold | 11/15 | | | |
| 423. -Pepsico Inc | | | | | Part Sold | 02/12 | | | |
| 424. -Pfizer Inc | | | | | Part Sold | 02/12 | | | |
| 425. -Praxir Inc | | | | | Part Sold | 02/12 | | | |

1 Income Gain Codes.    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. -Procter & Gamble Co | | | | | Part Sold | 02/12 | | | |
| 427. -Prudential Financial Co | | | | | Bot | 02/12 | | | |
| 428. -Prudential Financial Co | | | | | Sold | 08/28 | | | |
| 429. -Qualcomm Inc | | | | | | | | | |
| 430. -Sanofi-Synthelabo Spon Adr | | | | | Sold | 08/07 | | | |
| 431. -Schering Plough Corp | | | | | Bot | 02/12 | | | |
| 432. -Sempra Energy | | | | | Bot | 03/02 | | | |
| 433. -Starbucks Corp | | | | | Sold | 02/12 | | | |
| 434. -State Street Corp | | | | | Sold | 02/12 | | | |
| 435. -St Jude Medical Inc | | | | | Bot | 11/09 | | | |
| 436. -St Paul Travelers Cos Inc | | | | | Sold | 02/12 | | | |
| 437. -Supervalue Inc | | | | | Bot | 02/12 | | | |
| 438. -TJX Cos Inc | | | | | Bot | 02/12 | | | |
| 439. -3M | | | | | Part Sold | 02/12 | | | |
| 440. -3M | | | | | Sold | 05/08 | | | |
| 441. -Target Corp | | | | | | | | | |
| 442. -Target Corp | | | | | Bot | 02/12 | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | ● =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. -Target Corp | | | | | Sold | 11/26 | | | |
| 444. -Terxas Instruments | | | | | | | | | |
| 445. -Texas Instruments | | | | | Bot | 02/12 | | | |
| 446. -Texas Instruments | | | | | Part Sold | 10/26 | | | |
| 447. -Textron Inc | | | | | | | | | |
| 448. -ThermoFisher Scientific Inc | | | | | Bot | 02/12 | | | |
| 449. -ThermoFisher Scientific Inc | | | | | Bot | 03/02 | | | |
| 450. -TXU Corp | | | | | Sold | 03/01 | | | |
| 451. -Unitedhealth Group Inc | | | | | Part Sold | 02/12 | | | |
| 452. -Unitedhealth Group Inc | | | | | Part Sold | 06/05 | | | |
| 453. -United Technologies Corp | | | | | Sold | 02/12 | | | |
| 454. -US Bancorp Del | | | | | Sold | 02/12 | | | |
| 455. -Verizon Communications | | | | | Sold | 02/12 | | | |
| 456. -Verizon Communications | | | | | Bot | 05/08 | | | |
| 457. -Walgreen Co | | | | | Part Sold | 02/12 | | | |
| 458. -Walgreen Co | | | | | Sold | 04/30 | | | |
| 459. -Wal-Mart Stores Inc | | | | | Part Sold | 02/12 | | | |

1 Income Gain Codes     A =$1,000 or less         B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
  (See Columns B1 and D4)   F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2 Value Codes           J =$15,000 or less         K =$15,001 - $50,000       L =$50,001 - $100,000      M =$100,001 - $250,000
  (See Columns C1 and D3)   N =$250,001 - $500,000     ● =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                        P3 =$25,000,001 - $50,000,000
3 Value Method Codes    O =Appraisal               R =Cost (Real Estate Only)  S =Assessment             T =Cash Market
  (See Column C2)         U =Book Value              V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. -Wal-Mart Stores Inc | | | | | Bot | 11/26 | | | |
| 461. -Wells Fargo & Co New | | | | | Part Sold | 02/12 | | | |
| 462. -Wyeth | | | | | Part Sold | 02/12 | | | |
| 463. -Wyeth | | | | | Sold | 03/12 | | | |
| 464. -XTO Energy Inc | | | | | Bot | 02/12 | | | |
| 465. -Dreyfus Mid Cap Index Fd | | | | | Part Sold | 04/18 | | | |
| 466. -Dreyfus Mid Cap Index Fd | | | | | Bot | 12/28 | | | |
| 467. -Mellon Emerging Mkts Fund Cl M | | | | | Part Sold | 04/18 | | | |
| 468. -Mellon Emerging Mkts Fund Cl M | | | | | Bot | 12/24 | | | |
| 469. -Mellon Int'l Fund Cl M | | | | | Part Sold | 04/18 | | | |
| 470. -Mellon Int'l Fund Cl M | | | | | Bot | 12/19 | | | |
| 471. -Mellon Natl Interm Muni Bd Fd Cl M | | | | | | | | | |
| 472. -Mellon Optima L/S Strategy Fd LLC | | | | | | | | | |
| 473. -Mellon Small Cap Stock Fund Cl M | | | | | | | | | |
| 474. -Mellon Small Cap Stock Fund Cl M | | | | | Bot | 12/06 | | | |
| 475. Trust #4 (1/6 Income Int) | G | Div & Int | P1 | T | | | M | G | See Section VIII #1 |
| 476. -Mellon Nat'l Muni MM Fund | | | | | Mon Mkt Inv | | | | |

1 Income Gain Codes (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2 Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3 Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. -AT&T Inc | | | | | Part Sold | 02/16 | | | |
| 478. -Abbott Laboratories | | | | | | | | | |
| 479. -Abbott Laboratories | | | | | Bot | 02/16 | | | |
| 480. -Abbott Laboratories | | | | | Bot | 04/25 | | | |
| 481. -Abercrombie & Fitch Inc | | | | | Sold | 02/12 | | | |
| 482. -Accenture Ltd | | | | | Bot | 02/16 | | | |
| 483. -Accenture Ltd | | | | | Sold | 11/15 | | | |
| 484. -Allegheny Tech Inc | | | | | Bot | 02/12 | | | |
| 485. -Allergan Inc | | | | | Sold | 02/12 | | | |
| 486. -Alltel Corp | | | | | Sold | 02/12 | | | |
| 487. -Altria Group Inc | | | | | Part Sold | 02/16 | | | |
| 488. -Altria (Spinoff of Kraft Foods) | | | | | Spinoff | 04/02 | | | |
| 489. -Ambac Fin'l Group Inc | | | | | Bot | 02/16 | | | |
| 490. -Ambac Fin'l Group Inc | | | | | Sold | 09-07 | | | |
| 491. -Amdocs Ltd | | | | | Sold | 02/12 | | | |
| 492. -American Express Co | | | | | Sold | 02/12 | | | |
| 493. -American Express Co | | | | | Bot | 08/27 | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. -American Express Co | | | | | Bot | 09/07 | | | |
| 495. -American Int'l Group Inc | | | | | | | | | |
| 496. -American Int'l Group Inc | | | | | Bot | 02/16 | | | |
| 497. -Amgen Inc | | | | | | | | | |
| 498. -Amgen Inc | | | | | Bot | 02/16 | | | |
| 499. -Amgen Inc | | | | | Sold | 05/18 | | | |
| 500. -Apache Corp | | | | | | | | | |
| 501. -Apache Corp | | | | | Bot | 02/16 | | | |
| 502. -Apple Computer Inc | | | | | | | | | |
| 503. -Apple Computer Inc | | | | | Bot | 02/16 | | | |
| 504. -Apple Computer Inc | | | | | Part Sold | 07/17 | | | |
| 505. -Apple Computer Inc | | | | | Part Sold | 11/15 | | | |
| 506. -Avon Products Inc | | | | | Sold | 02/12 | | | |
| 507. -Bank of America Corp | | | | | | | | | |
| 508. -Bank of America Corp | | | | | Bot | 02/16 | | | |
| 509. -Capital One Financial Corp | | | | | Sold | 02/12 | | | |
| 510. -Caterpillar Inc | | | | | Sold | 02/12 | | | |

1 Income Gain Codes.    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. -Chicago Merc Exchange | | | | | Bot | 02/12 | | | |
| 512. -Chicago Merc Ex (Name chg CME Group Inc) | | | | | Delivered | 07/13 | | | |
| 513. -Chubb Corp | | | | | Bot | 02/16 | | | |
| 514. -Chubb Corp | | | | | Bot | 11/27 | | | |
| 515. -Cisco Sys Inc | | | | | Part Sold | 02/16 | | | |
| 516. -Cit Group Inc | | | | | Bot | 02/16 | | | |
| 517. -Cit Group Inc | | | | | Sold | 11/26 | | | |
| 518. -Citigroup Inc | | | | | Sold | 02/12 | | | |
| 519. -CME Group Inc (recd fr Chic Merc Name chg) | | | | | Received | 07/13 | | | |
| 520. -Coca Cola Co | | | | | Sold | 02/12 | | | |
| 521. -Coca Cola Co | | | | | Bot | 06/25 | | | |
| 522. -Cognizant Tech Sales Corp | | | | | Bot | 02/16 | | | |
| 523. -Cognizant Tech Sales | | | | | Bot | 07/18 | | | |
| 524. -Cognizant Tech Sales | | | | | Part Sold | 10/18 | | | |
| 525. -Cognizant Tech Sales | | | | | Sold | 11/15 | | | |
| 526. -Companhia Vale Do Rio Doce | | | | | | | | | |
| 527. -Companhia Vale Do Rio Doce | | | | | Bot | 02/16 | | | |

1 Income Gain Codes          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
  (See Columns B1 and D4)    F =$50,001 - $100,000      G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes                J =$15,000 or less         K =$15,001 - $50,000       L =$50,001 - $100,000         M =$100,001 - $250,000
  (See Columns C1 and D3)    N =$250,001 - $500,000     O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                         P4 =More than $50,000,000
3 Value Method Codes         Q =Appraisal               R =Cost (Real Estate Only) S =Assessment                 T =Cash Market
  (See Column C2)            U =Book Value              V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. -Companhia Vale Do Rio Doce | | | | | Part Sold | 06/20 | | | |
| 529. -Concophillips | | | | | | | | | |
| 530. -Concophillips | | | | | Bot | 02/16 | | | |
| 531. -CVS/Caremark Corp | | | | | Bot | 04/30 | | | |
| 532. -CVS/Caremark Corp | | | | | Bot | 11/02 | | | |
| 533. -Danaher Corp | | | | | | | | | |
| 534. -Danaher Corp | | | | | Bot | 02/16 | | | |
| 535. -Directv Group Inc | | | | | Bot | 11/15 | | | |
| 536. -Eaton Corp | | | | | Bot | 02/12 | | | |
| 537. -EMC Corp Mass | | | | | Bot | 04/25 | | | |
| 538. -EMC Corp Mass | | | | | Bot | 10/26 | | | |
| 539. -Emerson El Co | | | | | Bot | 02/16 | | | |
| 540. -Ensco Intl Inc | | | | | Bot | 11/15 | | | |
| 541. -Exelon Corp | | | | | | | | | |
| 542. -Exelon Corp | | | | | Bot | 02/16 | | | |
| 543. -Exxon Mobil Corp | | | | | Part Sold | 02/16 | | | |
| 544. -Federated Dept Stores Inc | | | | | Sold | 02/12 | | | |

| 1 Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | | | |
|---|---|---|
| Name of Person Reporting | Date of Report |
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. -Freeport-Mcm Copr Gold Cl B | | | | | Sold | 02/12 | | | |
| 546. -Gap Inc | | | | | Bot | 11/27 | | | |
| 547. -General Electric Co | | | | | Part Sold | 02/09 | | | |
| 548. -Genetech Inc | | | | | Sold | 02/12 | | | |
| 549. -Goldman Sachs Group Inc | | | | | | | | | |
| 550. -Goldman Sachs Group Inc | | | | | Bot | 02/12 | | | |
| 551. -Google Inc | | | | | | | | | |
| 552. -Google Inc | | | | | Bot | 02/12 | | | |
| 553. -Halliburton Co | | | | | Bot | 02/16 | | | |
| 554. -Halliburton Co (recd Kbr Inc Exch) | | | | | Received | 04/16 | | | |
| 555. -Hartford Finl Svcs Group Ltd Inc | | | | | Sold | 02/12 | | | |
| 556. -Hess Corp | | | | | | | | | |
| 557. -Hess Corp | | | | | Bot | 02/16 | | | |
| 558. -Hewlett Packard Co | | | | | Bot | 02/16 | | | |
| 559. -Hilton Hotels Corp | | | | | | | | | |
| 560. -Hilton Hotels Corp | | | | | Bot | 02/16 | | | |
| 561. -Hilton Hotels Corp | | | | | Sold | 08/07 | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | | P3 =$25,000,001 - $50,000,000 | P4 =More than $50,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. -Honeywell Int'l Inc | | | | | | | | | |
| 563. -Honeywell Int'l Inc | | | | | Bot | 02/16 | | | |
| 564. -Hospira Inc | | | | | Bot | 06/06 | | | |
| 565. -Idearc Inc | | | | | Sold | 02/12 | | | |
| 566. -Johnson & Johnson | | | | | Bot | 11/15 | | | |
| 567. -JP Morgan Chase & Co | | | | | | | | | |
| 568. -JP Morgan Chase & Co | | | | | Bot | 02/16 | | | |
| 569. -Kbr Inc (rec fr Halliburton Exc) | | | | | Received | 04/16 | | | |
| 570. -Kraft Foods Inc (rec fr Altria spinoff) | | | | | Received | 04/02 | | | |
| 571. -Kraft Foods Inc | | | | | Part Sold | 05/08 | | | |
| 572. -Legg Mason Inc | | | | | Sold | 02/12 | | | |
| 573. -Lehman Bros Hldgs Inc | | | | | Sold | 02/12 | | | |
| 574. -Lilly Eli & Co | | | | | Sold | 02/12 | | | |
| 575. -Marriott Intl Inc | | | | | Bot | 08/07 | | | |
| 576. -McAfee | | | | | Bot | 06/06 | | | |
| 577. -Medtronic Inc | | | | | | | | | |
| 578. -Medtronic Inc | | | | | Bot | 02/16 | | | |

1 Income Gain Codes   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3 Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579.  -Memc Electronic Mtls Inc | | | | | Sold | 02/12 | | | |
| 580.  -Merck & Co | | | | | Bot | 05/08 | | | |
| 581.  -Merck & Co | | | | | Bot | 08/07 | | | |
| 582.  -Merrill Lynch & Co | | | | | Bot | 02/16 | | | |
| 583.  -Merrill Lynch & Co | | | | | Sold | 11/08 | | | |
| 584.  -Metlife Inc | | | | | Bot | 08/29 | | | |
| 585.  -Microchip Technology Inc | | | | | Sold | 02/12 | | | |
| 586.  -Microsoft Corp | | | | | | | | | |
| 587.  -Microsoft Corp | | | | | Bot | 02/16 | | | |
| 588.  -Microsoft Corp | | | | | Bot | 11/15 | | | |
| 589.  -Motorola Inc | | | | | Sold | 02/12 | | | |
| 590.  -Nat'l Semiconductor Corp | | | | | Bot | 02/16 | | | |
| 591.  -Nat'l Semiconductor Corp | | | | | Sold | 11/02 | | | |
| 592.  -News Corp Inc | | | | | | | | | |
| 593.  -News Corp Inc | | | | | Bot | 02/16 | | | |
| 594.  -News Corp Inc | | | | | Bot | 11/09 | | | |
| 595.  -Nike Inc Cl B | | | | | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. -Nike Inc Cl B | | | | | Bot | 02/16 | | | |
| 597. -Nike Inc Cl B | | | | | Part Sold | 08/28 | | | |
| 598. -Noble Corp | | | | | Sold | 02/12 | | | |
| 599. -Omnicom Corp | | | | | Bot | 02/16 | | | |
| 600. -Oracle Corp | | | | | Bot | 02/16 | | | |
| 601. -Oracle Corp | | | | | Part Sold | 11/15 | | | |
| 602. -Pepsico Inc | | | | | Part Sold | 02/16 | | | |
| 603. -Pfizer Inc | | | | | | | | | |
| 604. -Pfizer Inc | | | | | Bot | 02/16 | | | |
| 605. -Praxair Inc | | | | | | | | | |
| 606. -Praxair Inc | | | | | Bot | 02/16 | | | |
| 607. -Procter & Gamble Co | | | | | | | | | |
| 608. -Procter & Gamble Co | | | | | Bot | 02/16 | | | |
| 609. -Prudential Finl Inc | | | | | Bot | 02/16 | | | |
| 610. -Prudential Finl Inc | | | | | Sold | 08/28 | | | |
| 611. -Qualcomm Inc | | | | | | | | | |
| 612. -Qualcomm Inc | | | | | Bot | 02/16 | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 613. -Sanofi-Synthelabo Spon Adr | | | | | | | | | |
| 614. -Sanofi-Synthelabo Spon Adr | | | | | Bot | 02/16 | | | |
| 615. -Sanofi-Synthelabo Spon Adr | | | | | Sold | 08/07 | | | |
| 616. -Schering Plough Corp | | | | | Bot | 02/16 | | | |
| 617. -Sempra Energy | | | | | Bot | 03/02 | | | |
| 618. -Starbucks Corp | | | | | Sold | 02/12 | | | |
| 619. -State Street Corp | | | | | Sold | 02/12 | | | |
| 620. -St Jude Medical Inc | | | | | Bot | 11/09 | | | |
| 621. -St Paul Travelers Cos Inc | | | | | Sold | 02/12 | | | |
| 622. -Supervalu Inc | | | | | Bot | 02/16 | | | |
| 623. -Target Corp | | | | | | | | | |
| 624. -Target Coep | | | | | Bot | 02/16 | | | |
| 625. -Target Corp | | | | | Sold | 11/26 | | | |
| 626. -Texas Instruments Inc | | | | | | | | | |
| 627. -Texas Instruments Inc | | | | | Bot | 02/16 | | | |
| 628. -Texas Instruments Inc | | | | | Part Sold | 10/26 | | | |
| 629. -Textron Inc | | | | | | | | | |

1. Income Gain Codes    A = $1,000 or less    B = $1,001 - $2,500    C = $2,501 - $5,000    D = $5,001 - $15,000    E = $15,001 - $50,000
   (See Columns B1 and D4)    F = $50,001 - $100,000    G = $100,001 - $1,000,000    H1 = $1,000,001 - $5,000,000    H2 = More than $5,000,000
2. Value Codes    J = $15,000 or less    K = $15,001 - $50,000    L = $50,001 - $100,000    M = $100,001 - $250,000
   (See Columns C1 and D3)    N = $250,001 - $500,000    O = $500,001 - $1,000,000    P1 = $1,000,001 - $5,000,000    P2 = $5,000,001 - $25,000,000
   P3 = $25,000,001 - $50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | C<br>Gross value at end of<br>reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 630. -Textron Inc | | | | | Bot | 02/12 | | | |
| 631. -ThermoFisher Scientific Inc | | | | | Bot | 02/16 | | | |
| 632. -3M Company | | | | | | | | | |
| 633. -3M Company | | | | | Bot | 02/16 | | | |
| 634. -3M Company | | | | | Sold | 05/08 | | | |
| 635. -TJX Cos Inc | | | | | Bot | 02/16 | | | |
| 636. -Txu Corp | | | | | | | | | |
| 637. -Txu Corp | | | | | Bot | 02/16 | | | |
| 638. -Txu Corp | | | | | Sold | 03/01 | | | |
| 639. -Unitedhealth Group Inc | | | | | | | | | |
| 640. -Unitedhealth Group Inc | | | | | Bot | 02/16 | | | |
| 641. -Unitedhealth Group Inc | | | | | Part Sold | 06/05 | | | |
| 642. -United Tech Corp | | | | | Sold | 02/12 | | | |
| 643. -US Bancorp Del | | | | | Sold | 02/12 | | | |
| 644. -Verizon Comm Inc | | | | | Sold | 02/12 | | | |
| 645. -Verizon Comm Inc | | | | | Bot | 05/18 | | | |
| 646. -Walgreen Co | | | | | | | | | |

| 1 Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 647. -Walgreen Co | | | | | Bot | 02/16 | | | |
| 648. -Walgreen Co | | | | | Sold | 04/30 | | | |
| 649. -Wal-Mart Stores | | | | | Part Sold | 02/16 | | | |
| 650. -Wal-Mart Stores | | | | | Bot | 11/26 | | | |
| 651. -Wells Fargo & Co New | | | | | | | | | |
| 652. -Wells Fargo & Co New | | | | | Bot | 02/16 | | | |
| 653. -Wyeth | | | | | Part Sold | 02/09 | | | |
| 654. -Xto Energy Inc | | | | | Bot | 02/16 | | | |
| 655. -Dreyfus Basic S&P stk Index | | | | | Part Sold | 02/07 | | | |
| 656. -Dreyfus Mid Cap Index Fund | | | | | Part Sold | 09/05 | | | |
| 657. -Dreyfus Mid Cap Index Fund | | | | | Bot | 12/28 | | | |
| 658. -Mellon Emerging Mkts Fund Cl M | | | | | Part Sold | 02/14 | | | |
| 659. -Mellon Emerging Mkts Fund Cl M | | | | | Part Sold | 09/05 | | | |
| 660. -Mellon Emerging Mkts Fund Cl M | | | | | Bot | 12/24 | | | |
| 661. -Mellon Int'l Fund Cl M | | | | | | | | | |
| 662. -Mellon Int'l Fund Cl M | | | | | Bot | 12/19 | | | |
| 663. -Mellon Natl Interm Muni Bd Fd Cl M | | | | | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 664. -Mellon Natl Interm Muni Bd Fd Cl M | | | | | Bot | 02/12 | | | |
| 665. -Mellon Optima L/S Strategy Fd LLC | | | | | | | | | |
| 666. -Mellon Small Cap Stock Fund Cl M | | | | | Part Sold | 09/05 | | | |
| 667. -Mellon Small Cap Stock Fund Cl M | | | | | Bot | 12/06 | | | |
| 668. Custody Acct #1 (100% Interest) | | | | | | | | | |
| 669. -Abbott Laboratories | E | Dividend | O | T | | | | | |
| 670. -Agilent Tech Inc | | None | M | T | Bot | 04/05 | L | | |
| 671. -Alltel Corp | B | Dividend | | T | Sold | 11/16 | M | F | |
| 672. -Altria Group Inc | D | Dividend | M | T | | | | | |
| 673. -Altria Group (spinoff of Kraft Foods) | | None | | T | Spinoff | 04/05 | J | | |
| 674. -American Express | B | Dividend | M | T | | | | | |
| 675. -Amgen Inc | | None | | T | Sold | 04/05 | M | | |
| 676. -Automatic Data Processing | C | Dividend | M | T | | | | | |
| 677. -Auto Data Process (spinoff of Broadridge) | | None | | T | Spinoff | 04/03 | K | | |
| 678. -BJW Inc (S Corp) Alexandria, V | | None | K | U | | | | | |
| 679. -Bank of America | D | Dividend | M | T | | | | | |
| 680. -Broadridge Finl (rec fr ADP spinoff) | A | Dividend | K | T | Received | 04/03 | K | | - |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E = $15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 - $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R =Cost (Real Estate Only) | S = Assessment | T =Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 681. -Broadridge Finl | | None | | | Sold | 11/13 | K | D | |
| 682. -Buckeye Partners LP Unit Ltd | | None | | T | Sold | 04/05 | M | E | |
| 683. -City Nat'l Corp | C | Dividend | M | T | Bot | 04/05 | M | | |
| 684. -Citizens Comms Co | C | Dividend | M | T | Bot | 11/16 | M | | |
| 685. -Donnelley RR & Sons Co | D | Dividend | M | T | | | | | |
| 686. -Emerson Electric Co | D | Dividend | M | T | | | | | |
| 687. -Exxon Mobil Corp | D | Dividend | N | T | | | | | |
| 688. -General Electric Co | E | Dividend | O | T | | | | | |
| 689. -Great Plains Energy Inc | D | Dividend | M | T | Bot | 04/05 | M | | |
| 690. -H J Heinz Co | D | Dividend | M | T | | | | | |
| 691. -Johnson & Johnson | E | Dividend | O | T | | | | | |
| 692. -JP Morgan Chase | D | Dividend | M | T | | | | | |
| 693. -Kraft Foods (rec fr Altria spinoff) | A | Dividend | K | T | Received | 04/05 | J | | |
| 694. -Merck & Co | E | Dividend | P1 | T | Part Sold | 04/05 | K | E | |
| 695. -Merck & Co | | None | | | Part Donated | 03/23 | | | |
| 696. -Merck & Co | | None | | | Part Donated | 11/15 | | | |
| 697. -Microsoft Corp | D | Dividend | O | T | | | | | |

1 Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2 Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3 Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. -Oracle Corp | | None | N | T | | | | | |
| 699. -Pepsico Inc | C | Dividend | N | T | | | | | |
| 700. -Pitney Bowes Inc | C | Dividend | M | T | Sold | 11/13 | M | | |
| 701. -Procter & Gamble | D | Dividend | N | T | | | | | |
| 702. -RPM Int'l Inc | | None | N | T | Bot | 11/16 | M | | |
| 703. -Schlumberger Ltd | C | Dividend | O | T | | | | | |
| 704. -Stryker Corp | B | Dividend | M | T | | | | | |
| 705. -3M Co | D | Dividend | M | T | | | | | |
| 706. -Verigy | | None | | T | Sold | 04/05 | J | D | |
| 707. -Windstream | B | Dividend | K | T | Sold | 04/05 | K | E | |
| 708. -Wyeth | D | Dividend | N | T | | | | | |
| 709. -Allegiant PA MM Fd | C | Interest | O | T | Mon Mkt Inv | | | | |
| 710. -Lampeter-Strasburg PA 4.0-2009 | A | Interest | M | T | | | | | |
| 711. -Nazareth PA School Dist 3.5-2010 | C | Interest | L | T | | | | | |
| 712. -New Hope Solebury PA Sch Dist 3.0-2009 | C | Interest | L | T | | | | | |
| 713. -PA St 2nd Series Ser 5.25 - 2007 | D | Interest | | T | Matured | 10/01 | L | | |
| 714. -PA St 4.0-2011 | | Interest | M | T | Bot | 12/20 | M | | |

| 1 Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 715. -So West Sch Dist PA York Cnty 2.95-2008 | C | Interest | L | T | | | | | |
| 716. -York County, PA 3.25 - 2008 | C | Interest | L | T | | | | | |
| 717. -York County, PA 3.35-2009 | C | Interest | L | T | | | | | |
| 718. -Ltd Partnerships -- | | | | | | | | | |
| 719. -One Atlanta Assocs - Atlanta, GA Real ..Estate | C | Distribution | K | W | | | | | |
| 720. -J&S Realty Markham - Ontario Real Est | C | Distribution | L | W | | | | | |
| 721. Bank Accts -- | | | | | | | | | |
| 722. -Mellon Bank N. A. | A | Interest | K | T | | | | | |
| 723. -National City Bank of PA | A | Interest | K | T | | | | | |
| 724. -PNC Bank | D | Interest | N | T | | | | | |
| 725. Trust #5 (100% Income Interest) | F | Div & Int | P1 | T | | | M | E | See Section VIII #1 |
| 726. -Blackrock MM Inst Cl #01 | | | | | Mon Mkt Inv | | | | |
| 727. -American Int'l Group Inc | | | | | | | | | |
| 728. -Bank of America Corp | | | | | | | | | |
| 729. -BP PLC Spons ADR | | | | | | | | | |
| 730. -Carnival Corp | | | | | | | | | |
| 731. -Citigroup Inc | | | | | Sold | 11/30 | | | |

1 Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2 Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3 Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2) U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 732. -Coca Cola Co | | | | | | | | | |
| 733. -Del Monte Foods Co | | | | | | | | | |
| 734. -Discover Finl (rec fr Morgan St spinoff) | | | | | Received | 07/02 | | | |
| 735. -Discover Finl | | | | | Sold | 11/30 | | | |
| 736. -Dow Chemical Co | | | | | | | | | |
| 737. -Exxon Mobil Corp | | | | | | | | | |
| 738. -Federal Home Loan Mtg Corp | | | | | Sold | 11/30 | | | |
| 739. -First Data | | | | | Sold | 09/25 | | | |
| 740. -FPL Group Inc | | | | | | | | | |
| 741. -General Electric Co | | | | | | | | | |
| 742. -H J Heinz Co | | | | | | | | | |
| 743. -Idearc | | | | | Sold | 06/04 | | | |
| 744. -Intel Corp | | | | | Part Sold | 11/30 | | | |
| 745. -Ishares Trst MSCI EAFE Index Fd | | | | | | | | | |
| 746. -Ishares S&T GSSI NatR Index Fd | | | | | Bot | 11/30 | | | |
| 747. -Ishares Trst MSCI Emerg mkts Index Fd | | | | | | | | | |
| 748. -Lehman Bros Hldgs Inc | | | | | | | | | |

1. Income Gain Codes: A = $1,000 or less; B = $1,001 - $2,500; C = $2,501 - $5,000; D = $5,001 - $15,000; E = $15,001 - $50,000
(See Columns B1 and D4) F = $50,001 - $100,000; G = $100,001 - $1,000,000; H1 = $1,000,001 - $5,000,000; H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less; K = $15,001 - $50,000; L = $50,001 - $100,000; M = $100,001 - $250,000
(See Columns C1 and D3) N = $250,001 - $500,000; O = $500,001 - $1,000,000; P1 = $1,000,001 - $5,000,000; P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000; P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash Market
(See Column C2) U = Book Value; V = Other; W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. -Marriott Int'l Inc Cl A | | | | | | | | | |
| 750. -McGraw Hill Cos Inc | | | | | | | | | |
| 751. -Medtronic Inc | | | | | | | | | |
| 752. -Microsoft Corp | | | | | | | | | |
| 753. -JP Morgan Chase & Co | | | | | | | | | |
| 754. -Morgan Stanley (spinoff of Discover) | | | | | Spinoff | 07/02 | | | |
| 755. -Motorola Inc | | | | | | | | | |
| 756. -Schlumberger Ltd | | | | | Part Sold | 06/04 | | | |
| 757. -3M Co | | | | | | | | | |
| 758. -The St Pauls Travelers Cos (name chg The Travelers Cos) | | | | | Delivered | 02/27 | | | |
| 759. -The Travelers Cos Inc (rec fr St Pauls Travelers name chg) | | | | | Received | 02/27 | | | |
| 760. -Verizon | | | | | | | | | |
| 761. -Wal-Mart Stores | | | | | | | | | |
| 762. -Wells Fargo & Co New | | | | | | | | | |
| 763. -W Union | | | | | | | | | |
| 764. -Calamas Growth Fund H606 | | | | | | | | | |
| 765. -Janus Mid Cap Value Fund #67 | | | | | | | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K = $15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 766. Trust #6 (100% Income Interest) | G | Int./Div. | P1 | T | | , , | L | F | See Section VIII #1 |
| 767. -Blackrock MM Inst Cl #01 | | | | | Mon Mkt Inv | | | | |
| 768. -ABB Ltd | | | | | Bot | 06/04 | | | |
| 769. -Abbott Laboratories Inc | | | | | | | | | |
| 770. -American Int'l Group Inc | | | | | | | | | |
| 771. -Bank of America Corp | | | | | | | | | |
| 772. -BP PLC Spons ADR | | | | | | | | | |
| 773. -Bristol Myers Squibb Co | | | | | | | | | |
| 774. -Discover Finl (rec fr Morgan-St spinoff) | | | | | Received | 07/02 | | | |
| 775. -Discover Finl | | | | | Sold | 11/27 | | | |
| 776. -E I dupont deNemours | | | | | | | | | |
| 777. -Emerson Electric Co | | | | | | | | | |
| 778. -Exxon Mobil Corp | | | | | Part Sold | 06/04 | | | |
| 779. -FPL Group Inc | | | | | | | | | |
| 780. -Freeport McM Copper Gold (merge w/ Phelps) | | | | | Merged | 03/12 | | | |
| 781. -Goldman Sachs Group Inc | | | | | | | | | |
| 782. -Home Depot Inc | | | | | | | | | |

1 Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
  (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2 Value Codes:              J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000    M =$100,001 - $250,000
  (See Columns C1 and D3)   N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                     P4 = More than $50,000,000
3 Value Method Codes        Q =Appraisal            R =Cost (Real Estate Only)  S =Assessment          T =Cash Market
  (See Column C2)           U =Book Value           V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. -Idearc | | | | | Sold | 06/04 | | | |
| 784. -Intel Corp | | | | | Part Sold | 11/27 | | | |
| 785. -Ishares Trust MSCI Emerg Mkts Index Fd | | | | | | | | | |
| 786. -Ishares Trust MSCI EAFE Index Fd | | | | | | | | | |
| 787. -Ishares S&P GSSI Nat-Index Fd | | | | | Bot | 11/27 | | | |
| 788. -Marriott Int'l Inc | | | | | | | | | |
| 789. -Mc Graw Hill Cos Inc | | | | | Part Sold | 11/27 | | | |
| 790. -Metlife Inc | | | | | | | | | |
| 791. -Microsoft Corp | | | | | | | | | |
| 792. -Moody's Corp | | | | | Sold | 11/27 | | | |
| 793. -JP Morgan Chase & Co | | | | | | | | | |
| 794. -Morgan Stanley (spinoff of Discover) | | | | | Spinoff | 07/02 | | | |
| 795. -Motorola Inc | | | | | | | | | |
| 796. -Phelps Dodge Corp | | | | | | | | | |
| 797. -PPG Industries Inc | | | | | | | | | |
| 798. -Proctor & Gamble Co | | | | | | | | | |
| 799. -Schlumberger Ltd | | | | | Part Sold | 06/04 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. -3M Company | | | | | | | | | |
| 801. -Verizon | | | | | | | | | |
| 802. -Wall-Mart Stores Inc | | | | | | | | | |
| 803. -Wells Fargo & Co New | | | | | | | | | |
| 804. -Wyeth | | | | | | | | | |
| 805. -Zimmer Holdings Inc | | | | | | | | | |
| 806. Trust #7 (No Income Rec'd) | | None | P2 | T | | | L | G | See Section VIII #1 |
| 807. -Blackrock MM Inst Cl #01 | | | | | Mon Mkt Inv | | | | |
| 808. -Bensalem Twp PA S.D. 5.35 - 2007 | | | | | Matured | 07/16 | | | |
| 809. -Central Bucks PA Sch Dist 2.5 - 2008 | | | | | | | | | |
| 810. -Chichester Sch Dist PA 2.5 - 2009 | | | | | | | | | |
| 811. -Dillsburg PA Area Wtr Auth 2.25 - 2008 | | | | | | | | | |
| 812. -Forest Area Sch Dist PA 3.3-2012 | | | | | | | | | |
| 813. -Indiana St Fin Auth Rev 4.0- ..2011 | | | | | | | | | |
| 814. -Indiana Transn Fin Auth Hwy Rev 3.0 - ..2009 | | | | | | | | | |
| 815. -Monroe Twp PA 3.0- 2010 | | | | | | | | | |
| 816. -N Hampton Penn Area Sch Dist 2.6-2008 | | | | | | | | | - |

1 Income Gain Codes   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3 Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 817.  -Okaloosa Cnty FL Sch Bd 3.5 -2013 | | | | | | | | | |
| 818.  -Penn Trafford PA Sch Dist 2.4 - 2009 | | | | | | | | | |
| 819.  -Peters Twp PA San Auth 2.25 - 2007 | | | | | Matured | 09/04 | | | |
| 820.  -Philadelphia PA Gas Wks Rev Var-2031 | | | | | Bot | 06/12 | | | |
| 821.  -Scranton Penn Ser A 3.0 - 2010 | | | | | | | | | |
| 822.  -St Pub Sch Bldg Auth PA Col Rev 2.0 -2007 | | | | | Matured | 07/16 | | | |
| 823.  -St Pub Sch Bldg Auth Red Bnk 3.75-2011 | | | | | | | | | |
| 824.  -Up Perkiomen Sch Dst 3.85-2011 | | | | | | | | | |
| 825.  -Washtenaw Mich Cmnty College 3.5-2010 | | | | | | | | | |
| 826.  -Waynesboro PA Area Sch Dist 2.0 - 2007 | | | | | Matured | 02/15 | | | |
| 827.  -Wilmington NC Wtr & Sewer 3.75-2012 | | | | | | | | | |
| 828.  -Abb Ltd | | | | | Bot | 06/07 | | | |
| 829.  -Agilent Tech Inc | | | | | | | | | |
| 830.  -American Express Co | | | | | | | | | |
| 831.  -Bank of America Corp | | | | | | | | | |
| 832.  -ChevronTexaco Corp | | | | | | | | | |
| 833.  -Citadel Broadcast (rec fr Disney spinoff) | | | | | Received | 06/13 | | | |

| 1 Income Gain Codes | A -$1,000 or less | B -$1,001 - $2,500 | C -$2,501 - $5,000 | D -$5,001 - $15,000 | E -$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F -$50,001 - $100,000 | G -$100,001 - $1,000,000 | H1 -$1,000,001 - $5,000,000 | H2 -More than $5,000,000 | |
| 2 Value Codes | J -$15,000 or less | K -$15,001 - $50,000 | L -$50,001 - $100,000 | M -$100,001 - $250,000 | |
| (See Columns C1 and D3) | N -$250,001 - $500,000 | O -$500,001 - $1,000,000 | P1 -$1,000,001 - $5,000,000 | P2 -$5,000,001 - $25,000,000 | |
| | P3 -$25,000,001 - $50,000,000 | | P4 -More than $50,000,000 | | |
| 3 Value Method Codes | Q -Appraisal | R -Cost (Real Estate Only) | S -Assessment | T -Cash Market | |
| (See Column C2) | U -Book Value | V -Other | W -Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 834. -Citigroup Inc | | | | | Sold | 11/27 | | | |
| 835. -Walt Disney Co (spinoff of Citadel) | | | | | Spinoff | 06/13 | | | |
| 836. -Discover Finl (rec fr Morgan Stanley spin) | | | | | Received | 07/02 | | | |
| 837. -Discover Finl | | | | | Sold | 11/27 | | | |
| 838. -Dominion Resources Inc VA | | | | | | | | | |
| 839. -Dow Chemical | | | | | | | | | |
| 840. -Emerson Electric Co | | | | | | | | | |
| 841. -Federal Home Loan Mtg | | | | | Sold | 11/27 | | | |
| 842. -FPL Group Inc | | | | | | | | | |
| 843. -General Electric Co | | | | | | | | | |
| 844. -Goldman Sachs Group Inc | | | | | | | | | |
| 845. -Hanesbrands | | | | | | | | | |
| 846. -Hewlett-Packard Co | | | | | Part Sold | 11/27 | | | |
| 847. -Idearc | | | | | Sold | 06/07 | | | |
| 848. -Int'l Business Machines Corp | | | | | Part Sold | 11/27 | | | |
| 849. -Intel Corp | | | | | Part Sold | 11/27 | | | |
| 850. -Ishares Trust MSCI Emerg Mkts Index Fd | | | | | | | | | |

1. Income Gain Codes          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less        K =$15,001 - $50,000         L =$50,001 - $100,000          M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000    O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
                               P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal             R =Cost (Real Estate Only)    S =Assessment                  T =Cash Market
   (See Column C2)             U =Book Value            V =Other                      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 851. -Ishares Trust MSCI EAFE Index Fd | | | | | | | | | |
| 852. -Ishares S&P GSSI Nat Index Fd | | | | | Bot | 11/27 | | | |
| 853. -Lehman Bros Hldgs Inc | | | | | | | | | |
| 854. -Marriott Int'l Inc | | | | | | | | | |
| 855. -Mc Graw Hill Cos Inc | | | | | | | | | |
| 856. -Medco Hlth Solutions Inc | | | | | | | | | |
| 857. -JP Morgan Chase & Co | | | | | | | | | |
| 858. -Morgan Stanley (spinoff of Discover) | | | | | Spinoff | 07/02 | | | |
| 859. -Nordstrom Inc | | | | | Sold | 11/27 | | | |
| 860. -Norfolk Southern Corp | | | | | Part Sold | 06/07 | | | |
| 861. -Old Republic Int'l Corp | | | | | Sold | 11/27 | | | |
| 862. -Sara Lee Corp | | | | | | | | | |
| 863. -Schlumberger Ltd | | | | | | | | | |
| 864. -Smith Int'l Inc | | | | | | | | | |
| 865. -3M Co | | | | | | | | | |
| 866. -Verigy | | | | | | | | | |
| 867. -Verizon Comm Inc | | | | | | | | | |

1 Income Gain Codes. (See Columns B1 and D4)    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000

2 Value Codes (See Columns C1 and D3)    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000

3 Value Method Codes (See Column C2)    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
| --- | --- |
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. -Wal-Mart Stores Inc | | | | | Sold | 06/07 | | | |
| 869. -Wells Fargo & Co New | | | | | | | | | |
| 870. -Weyerhauser Co | | | | | | | | | |
| 871. -Wyeth | | | | | Part Sold | 06/07 | | | |
| 872. Trust #8-A (GST Exempt Trust) | E | Div & Int | O | T | | | K | E | See Section VIII #1 |
| 873. -Mellon Nat'l Muni MM Fund | | | | | Mon Mkt Inv | | | | |
| 874. -Abbott Laboratories | | | | | | | | | |
| 875. -Ambac Finl Group Inc | | | | | Bot | 06/08 | | | |
| 876. -Amgen Inc | | | | | | | | | |
| 877. -Avon Products | | | | | | | | | |
| 878. -Bank of America Corp | | | | | | | | | |
| 879. -Capital One Financial Corp | | | | | | | | | |
| 880. -Chubb Corp | | | | | Bot | 06/08 | | | |
| 881. -Cisco Systems Inc | | | | | Part Sold | 06/08 | | | |
| 882. -Cit Group Inc | | | | | Bot | 06/08 | | | |
| 883. -Citadel Broadcast (rec fr Disney spinoff) | | | | | Received | 06/19 | | | |
| 884. -Citadel Broadcasting | | | | | Sold | 11/29 | | | - |

1 Income/Gain Codes       A =$1,000 or less       B =$1,001 - $2,500       C = $2,501 - $5,000       D =$5,001 - $15,000       E =$15,001 - $50,000
  (See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2 Value Codes             J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000    M =$100,001 - $250,000
  (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                          P3 =$25,000,001 - $50,000,000                      P4 =More than $50,000,000
3 Value Method Codes       Q =Appraisal           R = Cost (Real Estate Only)  S =Assessment           T = Cash Market
  (See Column C2)          U =Book Value          V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. -Citigroup Inc | | | | | | | | | |
| 886. -Disney Walt Co (spinoff of Citadel) | | | | | Spinoff | 06/19 | | | |
| 887. -EMC Corp Mass | | | | | | | | | |
| 888. -Eaton Corp | | | | | Bot | 11/29 | | | |
| 889. -Exxon Mobil Corp | | | | | | | | | |
| 890. -Home Depot Inc | | | | | Sold | 09/10 | | | |
| 891. -Host Hotels & Resorts Inc | | | | | | | | | |
| 892. -Idearc | | | | | Sold | 06/08 | | | |
| 893. -Intel Corp | | | | | Bot | 06/08 | | | |
| 894. -Int'l Game Technology | | | | | | | | | |
| 895. -Johnson & Johnson | | | | | | | | | |
| 896. -Microchip Tech Inc | | | | | | | | | |
| 897. -Microsoft Corp | | | | | Part Sold | 06/08 | | | |
| 898. -Northrop Grumman Corp | | | | | | | | | |
| 899. -Omnicom Group Inc | | | | | | | | | |
| 900. -Pepsico Inc | | | | | Part Sold | 06/08 | | | |
| 901. -Praxair Inc | | | | | Bot | 06/08 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 902. -Procter & Gamble Co | | | | | | | | | |
| 903. -Qualcomm Inc | | | | | | | | | |
| 904. -Royal Dutch Shell ADR-B | | | | | | | | | |
| 905. -Royal Dutch Shell ADR-B | | | | | Part Sold | 11/29 | | | |
| 906. -Starwood Htls & Resorts | | | | | | | | | |
| 907. -Telefonos De Mexico ADR | | | | | | | | | |
| 908. -Textron Inc | | | | | Bot | 11/29 | | | |
| 909. -Time Warner Inc | | | | | Sold | 11/30 | | | |
| 910. -TXU Corp | | | | | Sold | 10/11 | | | |
| 911. -US Bancorp Del | | | | | | | | | |
| 912. -Unitedhealth Group Inc | | | | | | | | | |
| 913. -Verizon | | | | | | | | | |
| 914. -Wallgreen Co | | | | | | | | | |
| 915. -Wells Fargo & Co New | | | | | | | | | |
| 916. -Yahoo Inc | | | | | | | | | |
| 917. -Mellon Emerging Mkts Fd Cl M | | | | | | | | | |
| 918. -Mellon Int'l Fund Cl M | | | | | | | | | |

1 Income Gain Codes     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
  (See Columns B1 and D4)   F = $50,001 - $100,000   G =$100,001 - $1,000,000   H1 $1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes            J =$15,000 or less   K =$15,001 - $50,000   L -$50,001 - $100,000   M =$100,001 - $250,000
  (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                           P3 =$25,000,001 - $50,000,000                   P4 =More than $50,000,000
3 Value Method Codes     Q -Appraisal         R - Cost (Real Estate Only)   S -Assessment         T - Cash Market
  (See Column C2)         U -Book Value        V -Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 919. -Mellon Mid Cap Stk Fund Cl M | | | | | | | | | |
| 920. -Mellon Small Cap Stk Fund Cl M | | | | | | | | | |
| 921. Trust #8-B (GST Non-Exempt) | G | Div & Int | P1 | T | | | M | G | See Section VIII #1 |
| 922. -Mellon Nat'l Muni MM Fund | | | | Mon Mkt Inv | | | | | |
| 923. -Allegheny Cnty PA Hosp Dev Alleg Gen ..Hosp 7.375-2012 | | | | | | | | | |
| 924. -Allegheny Cnty PA Port Auth SPL Rev ..5.0-2021 | | | | | | | | | |
| 925. -Altoona PA City Auth Water Rev 5.1-2012 | | | | | Sold | 11/01 | | | |
| 926. -Athens PA Area Sch Dist 4.5-2014 | | | | | | | | | |
| 927. -Bensalem Twp PA 3.5-2012 | | | | | Bot | 07/10 | | | |
| 928. -Council Rock PA Sch Dist 4.0-2017 | | | | | | | | | |
| 929. -Lackawanna Cnty PA Ser A 5.35-2014 | | | | | Sold | 09/17 | | | |
| 930. -Lancaster PA Area Swr 3.4-2012 | | | | | Bot | 12/13 | | | |
| 931. -Laurel Highlands PA 3.625-2011 | | | | | Bot | 12/13 | | | |
| 932. -PA St Higher Edl Facs Auth College-Ser ..B.4.7-2009 | | | | | | | | | |
| 933. -PA St Higher Edl Facs Auth College-Ser ..B.4.6-2008 | | | | | | | | | |
| 934. -PA St Higher Edl Facs Auth Ser R 4.8-2012 | | | | | | | | | |
| 935. -PA St Higher Edl Facs Auth 4.65-2018 | | | | | | | | - | |

1 Income Gain Codes.         A =$1,000 or less       B =$1,001 - $2,500        C =$2,501 - $5,000       D =$5,001 - $15,000      E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000   G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2 Value Codes               J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)      N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                      P4 =More than $50,000,000
3 Value Method Codes        Q =Appraisal            R =Cost (Real Estate Only)  S =Assessment           T =Cash Market
(See Column C2)              U =Book Value           V =Other                  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. -PA St Higher Edl Facs Auth 4.0-2010 | | | | | Bot | 07/09 | | | |
| 937. -PA St Tpk Comn ●il Fran Tax - Unrefund ..5.25 - 2009 | | | | | | | | | |
| 938. -Pa St Tpk Comn ●il Fran Tax - Prerefund ..5.25-2009 | | | | | | | | | |
| 939. -Pennsbury Penn Sch 3.375-2011 | | | | | Bot | 12/13 | | | |
| 940. -Philadelphia PA Gas Wks Rev Second Ser ..5.0-2011 | | | | | | | | | |
| 941. -Pittsburgh PA Sch Dist 4.25-2012 | | | | | | | | | |
| 942. -Pleasant Valley School Dist 4.1-2008 | | | | | | | | | |
| 943. -Snyder Cnty PA Higher 3.85-2016 | | | | | | | | | |
| 944. -Spring-Ford Area School 4.8-2018 | | | | | | | | | |
| 945. -State Pub Sch Bldg PA College 2.6-2010 | | | | | | | | | |
| 946. -Trinity Area Sch Dist PA Ref-Ser B ..4.6-2007 | | | | | Matured | 11/01 | | | |
| 947. -Tunkhannock PA Area Sch Dist 4.75-2010 | | | | | | | | | |
| 948. -Upper Merion PA 4.0-2013 | | | | | Bot | 06/20 | | | |
| 949. -Wash Cnty PA Auth Rev Girard College ..4.45-2010 | | | | | | | | | |
| 950. -W Perry Penn Sch 3.4-2013 | | | | | Bot | 12/13 | | | |
| 951. -Alcoa Inc | | | | | | | | | |
| 952. -AT&T | | | | | Part Sold | 11/29 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 953. -Boston Scientific Corp | | | | | | | | | |
| 954. -BP PLC Spons ADR | | | | | | | | | |
| 955. -Bristol Myers Squibb Co | | | | | | | | | |
| 956. -Chubb Corp | | | | | Bot | 11/29 | | | |
| 957. -Cisco Systems | | | | | | | | | |
| 958. -Citigroup Inc | , | | | | | | | | |
| 959. -Coviden Ltd (recd fr Tyco spinoff) | | | | | Received | 07/06 | | | |
| 960. -DuPont El Nemours & Co | | | | | Sold | 11/29 | | | |
| 961. -EMC Corp | | | | | | | | | |
| 962. -Electronic Arts Inc | | | | | | | | | |
| 963. -Emerson El Co | | | | | Bot | 06/08 | | | |
| 964. -Exelon Corp | | | | | Bot | 06/08 | | | |
| 965. -Fed Nat'l Mortgage Assoc | | | | | | | | | |
| 966. -Freeport-McM Copr Gold Cl B | | | | | | | | | |
| 967. -General Electric | | | | | | | | | |
| 968. -Hilton Hotels Corp | | | | | Bot | 06/08 | | | |
| 969. -Hilton Hotels Corp | | | | | Sold | 10/25 | | | |

| 1 Income Gain Codes | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 970. -Idearc | | | | | Sold | 06/08 | | | |
| 971. -Intel Corp | | | | | | | | | |
| 972. -Johnson & Johnson | | | | | | | | | |
| 973. -JP Morgan Chase & Co | | | | | | | | | |
| 974. -Kohls Corp | | | | | Sold | 06/08 | | | |
| 975. -Masco Corp | | | | | | | | | |
| 976. -MetLife Inc | | | | | Bot | 11/29 | | | |
| 977. -Microsoft Corp | | | | | | | | | |
| 978. -New York Fire-Shield Inc | | | | | | | | | |
| 979. -PPG Industries Inc | | | | | Sold | 11/29 | | | |
| 980. -Royal Dutch Shell | | | | | | | | | |
| 981. -Sempra Energy | | | | | Bot | 06/08 | | | |
| 982. -Supervalu Inc | | | | | Bot | 06/08 | | | |
| 983. -3M Co | | | | | | | | | |
| 984. -The St Paul Travelers Cos | | | | | | | | | |
| 985. -Time Warner Inc | | | | | Sold | 11/30 | | | |
| 986. -Tyco Int'l Ltd New (spinoff of Coviden) | | | | | Spinoff | 07/06 | | | |

| 1 Income Gain Codes | A -$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 987. -Tyco Int'l Ltd (spinoff Tyco El ltd) | | | | | Spinoff | 07/06 | | | |
| 988. -Tyco Electronics (rec fr Tyco spinoff) | | | | | Received | 07/06 | | | |
| 989. -Tyco Int'l (name chg Tyco Intl Ltd W/I) | | | | | Name Changed | 07/06 | | | |
| 990. -Tyco Int'l Ltd W/I (rec name chg) | | | | | Received | 07/06 | | | |
| 991. -United Health Group Inc | | | | | | | | | |
| 992. -United Parcel Svc Cl B | | | | | | | | | |
| 993. -Verizon Communications | | | | | | | | | |
| 994. -Wal-Mart Stores Inc | | | | | | | | | |
| 995. -Washington Mutual Inc | | | | | Sold | 11/30 | | | |
| 996. -Zimmer Hldgs Inc | | | | | | | | | |
| 997. -Advantage Global Alpha-R Fund | | | | | Bot | 11/30 | | | |
| 998. -Global Real Est Fund (Bny Hamilton) | | | | | Bot | 11/30 | | | |
| 999. -Mellon Emerging Mkts Fund Cl M | | | | | Part Sold | 11/28 | | | |
| 1000. -Mellon Int'l Fund Cl M | | | | | | | | | |
| 1001. -Mellon Mid Cap Stock Fund Cl M | | | | | | | | | |
| 1002. -Mellon Optima | | | | | Part Sold | 01/31 | | | |
| 1003. -Mellon Optima | | | | | Sold | 06/13 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1004. -Mellon Small Cap Stock Fund Cl M | | | | | | | | | |
| 1005. -Midcap SPDR Tr Unit Ser 1 | | | | | | | | | |
| 1006. -Royalty Int Goose Creek Dist, Harris Co ..TX | | | | | | | | | |
| 1007. -Royalty Pmts-Cetus Health Care Ltd ..Partnership II | | | | | | | | | |
| 1008. Trust #9        (GST Exempt) | F | Int./Div. | O | T | | | L | D | See Section VIII #1 |
| 1009. -Mellon Natl Muni MM Funds | | | | | Mon Mkt Inv | | | | |
| 1010. -Amgen Inc | | | | | Sold | 12/26 | | | |
| 1011. -Bank of America Corp | | | | | | | | | |
| 1012. -Block H&R Inc | | | | | | | | | |
| 1013. -Johnson & Johnson | | | | | Part Sold | 11/29 | | | |
| 1014. -Microchip Tech Inc | | | | | | | | | |
| 1015. -Microsoft Corp | | | | | | | | | |
| 1016. -Qualcomm | | | | | | | | | |
| 1017. -Riverfront Cap Fund LP | | | | | | | | | |
| 1018. -Sysco Corp | | | | | | | | | |
| 1019. -Target Corp | | | | | | | | | |
| 1020. -Time Warner Inc | | | | | Part Sold | 11/30 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1021. -US Bancorp Del | | | | | | | | | |
| 1022. -Wells Fargo & Co New | | | | | | | | | |
| 1023. -Mineral Int Rumley/German Twps Harrison ..Co Ohio | | | | | | | | | |
| 1024. -Mellon Emerging Mkts Fd Cl M | | | | | | | | | |
| 1025. -Mellon Int'l Fund Cl M | | | | | | | | | |
| 1026. -Mellon Large Cap Stk Fd Cl M | | | | | | | | | |
| 1027. -Mellon Large Cap Stk Fd Cl M | | | | | Bot | 06/29 | | | |
| 1028. -Mellon Small Cap Stk Fd Cl M | | | | | | | | | |
| 1029. -Global R Est Sec Fd | | | | | Bot | 11/30 | | | |
| 1030. -Midcap Spdr Tr Unit Ser 1 | | | | | | | | | |
| 1031. Trust #10 (GST Non-Exempt) | E | Int./Div. | P1 | T | | | L | D | See Section VIII #1 |
| 1032. -Mellon Natl Muni MM Funds | | | | | Mon Mkt Inv | | | | |
| 1033. -Allegheny Cnty PA PO 4.125 - 2009 | | | | | | | | | |
| 1034. -Allegheny Cnty PA 3.0-2010 | | | | | | | | | |
| 1035. -Luzerne Cnty PA 2.85-2010 | | | | | | | | | |
| 1036. -Manheim Twp PA Gen Mu 4.35 - 2010 | | | | | | | | | |
| 1037. -Monroe Cnty PA 4.4 - 2013 | | | | | | | | | |

| Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| Value Method Codes (See Column C2) | Q = Appraisal | R =Cost (Real Estate Only) | S - Assessment | T =Cash Market | |
| | U -Book Value | V =Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1038. -Norwin PA Sch Dist 4.5 - 2014 | | | | | | | | | |
| 1039. -PA St Higher 3.25 - 2011 | | | | | | | | | |
| 1040. -Penn Delco PA Sch Dist 4.8 - 2016 | | | | | Sold | 02/15 | | | |
| 1041. -Philadelphia PA Auth 4.6 - 2012 | | | | | Bot | 06/22 | | | |
| 1042. -Pittsburgh PA 4.6 - 2012 | | | | | | | | | |
| 1043. -Pottstown PA Sch Dist 4.8 - 2016 | | | | | | | | | |
| 1044. -Souderton PA Area Sch 3.5 -2015 | | | | | | | | | |
| 1045. -West Chester PA 3.25 -2011 | | | | | | | | | |
| 1046. -Abbott Laboratories | | | | | | | | | |
| 1047. -Air Products Chemicals | | | | | Sold | 11/29 | | | |
| 1048. -Alcoa Inc | | | | | Sold | 11/29 | | | |
| 1049. -Ambac Finl Group Inc | | | | | Bot | 06/08 | | | |
| 1050. -American Int'l Group Inc | | | | | | | | | |
| 1051. -Amgen Inc | | | | | Sold | 12/26 | | | |
| 1052. -Anheiser Busch Cos Inc | | | | | | | | | |
| 1053. -Automatic Data Process (spinoff of Broadridge) | | | | | Spinoff | 04 11 | | | |
| 1054. -Bank of America Corp | | | | | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1055. -Bank of America Corp | | | | | Bot | 11/29 | | | |
| 1056. -Block H&R Inc | | | | | | | | | |
| 1057. -Broadridge Finl (rec fr ADP spinoff) | | | | | Received | 04/11 | | | |
| 1058. -Chubb Corp | | | | | Bot | 06/08 | | | |
| 1059. -Chubb Corp | | | | | Bot | 11/29 | | | |
| 1060. -Cisco Systems Inc | | | | | | | | | |
| 1061. -Cit Group Inc | | | | | Bot | 06/08 | | | |
| 1062. -Citadel Broadcast (recd fr Disney) | | | | | Received | 06/19 | | | |
| 1063. -Citigroup Inc | | | | | | | | | |
| 1064. -Companhia Vale Do Rio Doce | | | | | | | | | |
| 1065. -Concophillips | | | | | Part Sold | 06/08 | | | |
| 1066. -Coviden Ltd (recd fr Tyco spinoff) | | | | | Received | 07/06 | | | |
| 1067. -Dell Inc | | | | | | | | | |
| 1068. -Disney Walt Co (spinoff Citadel) | | | | | Spinoff | 06/19 | | | |
| 1069. -DuPont E I DeNemours & Co | | | | | | | | | |
| 1070. -EMC Corp Mass | | | | | | | | | |
| 1071. -Electronic Arts Inc | | | | | | | | | |

1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000
(See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
(See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
P3 =$25,000,001 - $50,000,000 | P4 =More than $50,000,000 |
3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
(See Column C2) | U =Book Value | V =Other | W =Estimated |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1072. -El Pasco Corp | | | | | Sold | 12/26 | | | |
| 1073. -Exxon Mobil Corp | | | | | Part Sold | 06/08 | | | |
| 1074. -Harley Davidson Inc | | | | | | | | | |
| 1075. -Hershey Foods Corp | | | | | | | | | |
| 1076. -Honeywell Int'l Inc | | | | | | | | | |
| 1077. -IBM Co | | | | | | | | | |
| 1078. -Idearc | | | | | Sold | 06/08 | | | |
| 1079. -Intel Corp | | | | | | | | | |
| 1080. -J P Morgan Chase & Co | | | | | | | | | |
| 1081. -Johnson & Johnson | | | | | | | | | |
| 1082. -Kimberly Clark Corp | | | | | | | | | |
| 1083. -Lilly Eli & Co | | | | | | | | | |
| 1084. -Lowe's Cos Inc | | | | | | | | | |
| 1085. -Microsoft Corp | | | | | | | | | |
| 1086. -Nustar Energy LP (recd fr Valero name chg) | | | | | Received | 04/04 | | | |
| 1087. -Pepsico Inc | | | | | | | | | |
| 1088. -Pfizer Inc | | | | | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 - $25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1089. -Procter & Gamble Co | | | | | | | | | |
| 1090. -Sap Akiengellschaft ADR | | | | | | | | | |
| 1091. -Schlumberger Ltd | | | | | Part Sold | 06/08 | | | |
| 1092. -Symantec Corp | | | | | | | | | |
| 1093. -TXU Corp | | | | | Sold | 10/11 | | | |
| 1094. -Tyco Electronics (recd fr Tyco spinoff) | | | | | Received | 07/06 | | | |
| 1095. -Tyco Inc Ltd (spinoff Coviden Ltd) | | | | | Spinoff | 07/06 | | | |
| 1096. -Tyco Inc Ltd (spinoff Tyco Electronics) | | | | | Spinoff | 07/06 | | | |
| 1097. -Tyco Intl Ltd New (name chg Tyco W/l) | | | | | Name Changed | 07/06 | | | |
| 1098. -Tyco Intl Ltd W/l (rec fr Tyco name chg) | | | | | Delivered | 07/06 | | | |
| 1099. -US Bancorp Del | | | | | | | | | |
| 1100. -Valero L P (name chg to Nustar ) | | | | | Delivered | 04/04 | | | |
| 1101. -Verizon | | | | | | | | | |
| 1102. -Verizon | | | | | Bot | 11/29 | | | |
| 1103. -Wells Fargo & Co New | | | | | | | | | |
| 1104. -Global Real Est Fund (Bny Hamilton) | | | | | Bot | 11/30 | | | |
| 1105. -Mellon Emerging Mkts Fd Cl M | | | | | | | | | |

1 Income Gain Codes      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
(See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2 Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3 Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
(See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1106. -Mellon Int'l Fund Cl M | | | | | | | | | |
| 1107. -Mellon Small Cap Stk Fd Cl M | | | | | | | | | |
| 1108. -Midcap Spdr Tr Unit Ser 1 | | | | | | | | | |
| 1109. Custody Acct #2      (Invest Adv Acct 100% .. Int) | | | | | | | | | |
| 1110. -Fairfield PA 2.75-2007 | B | Interest | L | T | Matured | 06/01 | L | | |
| 1111. -Greencastle Antrim PA 2.75 - 2008 | C | Interest | L | T | | | | | |
| 1112. -SEI Tax Exempt Trust | D | Interest | O | T | | | | | |
| 1113. -Laurel PA 3.0 - 2009 | C | Interest | L | T | | | | | |
| 1114. -PA State 5.0 - 2010 | | None | M | T | Bot | 06/19 | L | | |
| 1115. -Ltd Partnerships  -- | | | | | | | | | |
| 1116. -J&S Realty Assocs, Markham, Ontario CN, ..Real Estate | B | Distribution | K | W | | | | | |
| 1117. -Agilent Tech Inc | | None | M | T | | | | | |
| 1118. -Alltel Corp | D | Dividend | | T | Sold | 11/16 | M | | |
| 1119. -Allied Cap Corp New | D | Dividend | M | T | Bot | 04/05 | | | |
| 1120. -Amgen Inc | | None | | | Sold | 04/05 | M | C | |
| 1121. -Aqua America Inc | B | Dividend | L | T | Bot | 06/14 | L | | |
| 1122. -Auto Data Proc (spinoff of Broadridge Finl) | C | Dividend | M | T | Spinoff | 04/02 | L | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1123. -BJW Inc (S Corporation), Alexandria,VA | | None | K | U | | | | | |
| 1124. -Bemis Co | B | Dividend | L | T | Bot | 06/14 | L | | |
| 1125. -Broadside Finl (rec fr ADP spinoff) | | None | J | T | Received | 04/02 | | | |
| 1126. -Broadside Finl | | None | | T | Sold | 06/14 | J | | |
| 1127. -City Nat'l Corp | C | Dividend | M | T | Bot | 04/05 | J | | |
| 1128. -Conagra Foods Inc | A | Dividend | | T | Sold | 04/05 | M | | |
| 1129. -Corning Inc | A | Dividend | M | T | Bot | 04/05 | K | | |
| 1130. -General Electric Co | C | Dividend | M | T | | | | | |
| 1131. -Great Plains Energy Inc | D | Dividend | M | T | Bot | 04/05 | M | | |
| 1132. -Hewlett-Packard Co | D | Dividend | P1 | T | | | | | |
| 1133. -Hewlett-Packard Co | | | | | Part Sold | 04/05 | K | F | |
| 1134. -Hewlett-Packard Co | | | | | Part Sold | 06/14 | L | E | |
| 1135. -Johnson & Johnson | D | Dividend | N | T | | | | | |
| 1136. -J P Morgan Chase & Co | C | Dividend | M | T | | | | | |
| 1137. -Kimberly Clark Corp | D | Dividend | M | T | | | | | |
| 1138. -Lilly (Eli) & Co | E | Dividend | O | T | | | | | |
| 1139. -Medtronics Inc | A | Dividend | | T | Sold | 04/05 | M | C | |

| 1 Income Gain Codes | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1140. -Merck & Co | E | Dividend | O | T | | | | | |
| 1141. -Neenah Paper Inc | A | Dividend | | T | Sold | 04/05 | J | C | |
| 1142. -Pepsico Inc | C | Dividend | M | T | | | | | |
| 1143. -Pitney Bowes Inc | C | Dividend | M | T | | | | | |
| 1144. -Procter & Gamble | E | Dividend | | T | Part Sold | 06/14 | J | E | |
| 1145. -Smucker J M Co | B | Dividend | L | T | | | | | |
| 1146. -3M Co | D | Dividend | N | T | | | | | |
| 1147. -United Tech Inc | A | Dividend | L | T | Bot | 06/14 | L | | |
| 1148. -Verigy | | None | | T | Sold | 04/05 | J | | |
| 1149. -Verizon Comm | C | Dividend | M | T | Bot | 04/05 | M | | |
| 1150. -Windstream | B | Dividend | | T | Sold | 04/05 | M | F | |
| 1151. Agency Acct #1 | | | | | | | | | |
| 1152. -Hillman-Burgettstown Mineral Acct (2.6% Income Int) | | None | J | U | Coal Royalty | | | | |
| 1153. Broker A/C #1 (100% Interest) | | | | | | | | | |
| 1154. -Abbott Laboratories | C | Dividend | L | T | | | | | |
| 1155. -Abitibi Consol (merged into Abitibibowater) | | | | | Merged | 11/06 | K | | |
| 1156. -Abitibi Consol Inc | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ N●NE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1157. -Abitibibowater Inc | | | | | Received | 11/06 | K | | |
| 1158. -Airtran Hldgs Inc | | None | K | T | Sold | 12/07 | K | | |
| 1159. -Alberto Culver Co New | A | Dividend | K | T | | | | | |
| 1160. -Alliance Wordwide Privatization Fnd, Cl A | B | Dividend | L | T | | | | | |
| 1161. -Allscripts Healthcare | | None | L | T | | | | | |
| 1162. -Amer International Group Inc | A | Dividend | K | T | | | | | |
| 1163. -Applied Microcircuits Corp | | None | K | T | | | | | |
| 1164. -Aquantive Inc | | None | L | T | Bot | 03/08 | L | | |
| 1165. -Aquantive Inc | | | | | Sold | 05/21 | M | | |
| 1166. -Ariba Inc - New | | None | L | T | | | | | |
| 1167. -Bank of America Corp | C | Dividend | L | T | | | | | |
| 1168. -Barnes & Noble Inc | B | Dividend | L | T | | | | | |
| 1169. -Biomet Inc | A | Dividend | M | T | Part Sold | 01/14 | L | G | |
| 1170. -Biomet Inc | | None | | T | Sold | 07/19 | L | G | |
| 1171. -Bristol Myers Squibb Co | B | Dividend | L | T | | | | | |
| 1172. -Burlington Northern Santa Fe | A | Dividend | K | T | | | | | |
| 1173. -Cabella's Inc | | None | | T | Bot | 09/04 | L | | |

| 1 Income Gain Codes. (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | ● = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1174. -Cabella's Inc | | None | | T | Sold | 11/20 | L | | |
| 1175. -Chicos Fas Inc | | None | | T | Sold | 11/20 | K | | |
| 1176. -China Mobile Hong Kong Ltd | C | Dividend | N | T | | | | | |
| 1177. -Citigroup Inc | C | Dividend | L | T | | | | | |
| 1178. -Coach Inc | | None | L | T | | | | | |
| 1179. -Coca Cola Co | B | Dividend | L | T | | | | | |
| 1180. -Comcast Corp Cl A | | None | K | T | | | | | |
| 1181. -Comcast Corp Cl A - Spl | | None | L | T | | | | | |
| 1182. -Corning Inc | A | Dividend | L | T | | | | | |
| 1183. -Cypress Semiconductor Corp Del | | None | M | T | | | | | |
| 1184. -Cytyc Corp (merged into Hologic) | | None | | T | Merged | 10/23 | M | | |
| 1185. -Dow Chemical | B | Dividend | K | T | | | | | |
| 1186. -E I duPont deNemours | C | Dividend | M | T | | | | | |
| 1187. -Electronic Data Sys Corp New | A | Dividend | L | T | | | | | |
| 1188. -Emerson Electric | A | Dividend | K | T | | | | | |
| 1189. -Encore Capital Group Inc | | None | | T | Sold | 12/07 | L | | |
| 1190. -Exxon Mobil Corp | D | Dividend | ● | T | | | | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1191. -FPL Group Inc | B | Dividend | L | T | | | | | |
| 1192. -Federated Dept (name chg to Macy's) | A | Dividend | | T | Delivered | 06/01 | | | |
| 1193. -FEI Co | | None | | | Bot | 02/16 | L | | |
| 1194. -FEI Co | | None | | | Sold | 12/07 | L | | |
| 1195. -Flextronics Int'l Ltd USD | | None | L | T | | | | | |
| 1196. -Foundry Networks Inc | | None | L | T | | | | | |
| 1197. -Gamestop Corp New Cl B(merged into CLA) | | None | | T | Merged | 02/09 | K | | |
| 1198. Gamestop Corp New CLA(recd in merger) | | | L | T | Received | 02/09 | L | | |
| 1199. -General Electric Co | D | Dividend | N | T | | | | | |
| 1200. -Glaxo Smithkline | B | Dividend | K | T | | | | | |
| 1201. -Google Inc | | None | M | T | Bot | 02/05 | K | | |
| 1202. -Hanesbrands Inc | | None | L | T | | | | | |
| 1203. -H J Heinz Co | B | Dividend | L | T | | | | | |
| 1204. -Hologic Inc (recd fr Cytyc merger) | | None | L | T | Received | 10/23 | L | | |
| 1205. -Home Depot Inc | C | Dividend | L | T | | | | | |
| 1206. -Home Solutions America | | None | | T | Bot | 01/23 | L | | |
| 1207. -Home Solutions America | | None | | T | Sold | 12/20 | J | | - |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1208. -Hospira Inc | A | Dividend | L | T | | | | | |
| 1209. -Iderac | | None | | T | Sold | 08/06 | J | | |
| 1210. -JP Morgan Chase & CO | A | Dividend | L | T | Bot | 08/06 | L | | |
| 1211. -Johnson & Johnson | B | Dividend | L | T | | | | | |
| 1212. -Lifecell Corp | | None | M | T | | | | | |
| 1213. -Macy's Dept Store (fr Fed Dept Store) | A | Dividend | J | T | Received | 06/01 | | | |
| 1214. -Medco Hlth Solutions Inc | | None | M | T | | | | | |
| 1215. -Memc Electronic Mtls Inc | | None | M | T | | | | | |
| 1216. -Memc Electronic Mtls Inc | | None | | T | Part Sold | 01/04 | L | F | |
| 1217. -Merck & Co Inc | C | Dividend | M | T | | | | | |
| 1218. -Microsoft Corp | A | Dividend | L | T | | | | | |
| 1219. -Netflix Inc | | None | | T | Sold | 12/21 | L | | |
| 1220. -Nutri/System Inc | | None | | T | Bot | 03/27 | K | | |
| 1221. -Nutri/System Inc | | None | | T | Sold | 12/21 | L | E | |
| 1222. -Pacific Ethanol Inc | | None | | T | Sold | 12/21 | K | | |
| 1223. -Pepsico Inc | C | Dividend | M | T | | | | | |
| 1224. -Pfizer Inc | D | Dividend | M | T | | | | | |

1 Income Gain Codes    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
  (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
  (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
  (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ N●NE _(No reportable income, assets, or transactions.)_

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1225. -Power Shs Global Water Port | | None | L | T | Bot | 07/12 | L | | |
| 1226. -Procter & Gamble Co | B | Dividend | L | T | | | | | |
| 1227. -Royal Dutch Shell | B | Dividend | K | T | | | | | |
| 1228. -Sally Beauty Hldgs Inc | | None | L | T | Bot | 01/04 | K | | |
| 1229. -Sanofi-Synthelabo | C | Dividend | M | T | | | | | |
| 1230. -Sara Lee Corp | B | Dividend | K | T | | | | | |
| 1231. -Schlumberger Ltd | A | Dividend | L | T | | | | | |
| 1232. -Smart Balance Inc | | None | J | T | Bot | 09/20 | J | | |
| 1233. -Sonic Innovations Inc | | None | K | T | | | | | |
| 1234. -Suncor Energy Inc | A | Dividend | M | T | | | | | |
| 1235. -Teco Energy, Inc | B | Dividend | L | T | | | | | |
| 1236. -3M Co | D | Dividend | M | T | | | | | |
| 1237. -Trex Inc | | None | | T | Sold | 12/21 | J | | |
| 1238. -Unilever NV New York Shs New | C | Dividend | M | T | | | | | |
| 1239. -Verizon Comm Inc | C | Dividend | L | T | | | | | |
| 1240. -Wal-Mart Stores Inc | B | Dividend | L | T | | | | | |
| 1241. -Washington Mutual Inc | B | Dividend | | T | Sold | 10/23 | K | | |

1 Income Gain Codes:          A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
  (See Columns B1 and D4)     F =$50,001 - $100,000    G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2 Value Codes                 J =$15,000 or less       K =$15,001 - $50,000      L =$50,001 - $100,000     M =$100,001 - $250,000
  (See Columns C1 and D3)     N =$250,001 - $500,000   O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                      P4 =More than $50,000,000
3 Value Method Codes          Q =Appraisal             R =Cost (Real Estate Only)  S =Assessment             T =Cash Market
  (See Column C2)             U =Book Value            V =Other                  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1242. -Watts Wtr Technologies Inc | A | Dividend | L | T | | | | | |
| 1243. -Wyeth | C | Dividend | M | T | | | | | |
| 1244. -YRC Worldwide Inc | | None | | T | Bot | 01/23 | L | | |
| 1245. -YRC Worldwide Inc | | None | | T | Sold | 11/08 | K | | |
| 1246. -Zimmer Holdings Inc | | None | L | T | | | | | |
| 1247. -Templeton Developing Mkts | C | Dividend | O | T | | | | | |
| 1248. -India Fund Inc | B | Dividend | M | T | | | | | |
| 1249. -Templeton Russia E Europe Fd Inc | B | Dividend | M | T | Bot | 03/07 | J | | |
| 1250. -Unilever NV NY Shs - New | | None | L | T | | | | | |
| 1251. -Smith Barney Money Funds | E | Dividend | O | T | Mon Mkt Inv | | | | |
| 1252. Agency Acct #2          (100% Interest) | | | | | | | | | |
| 1253. -Blackrock US Treas MM Fd #02 | A | Dividend | K | T | Mon Mkt Inv | | | | |
| 1254. -State Lease 195 (Operated by Gulf Stream ..Resources,Inc) | | (No income) | | | | | | | |
| 1255. -Rycade Lease Section 28 (operated by ..Termo Co) | | (No income) | | | | | | | |
| 1256. Note Rec from Ron Bacon* (D/B/A Village ..Deli) (*default) | | None | L | U | | | | | |
| 1257. Trust #11          (6.25% income interest) | C | Dividend | M | T | | | K | E | See Section VIII #1 |
| 1258. -Cisco Systems Inc | | | | | | | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A -$1,000 or less | B -$1,001 - $2,500 | C -$2,501 - $5,000 | D =$5,001 - $15,000 | E -$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F -$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 -More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J - $15,000 or less | K -$15,001 - $50,000 | L -$50,001 - $100,000 | M -$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 -$25,000,001 - $50,000,000 | | P4 -More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q -Appraisal | R =Cost (Real Estate Only) | S =Assessment | T -Cash Market | |
| | U -Book Value | V -Other | W -Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1259. -Exxon Mobil Corp | | | | | | | | | |
| 1260. -Johnson & Johnson | | | | | | | | | |
| 1261. -Pfizer Inc | | | | | | | | | |
| 1262. -PPG Industries Inc | | | | | | | | | |
| 1263. -Blackrock US Treas Inst Cl Fd #02 | | | | Mon Mkt Inv | | | | | |
| 1264. -Calamos Growth Fund #606 | | | | | | | | | |
| 1265. -Harbor Fund Int'l #11 | | | | | | | | | |
| 1266. Trust #12 (6.25% income interest) | E | Dividend | P1 | T | | | K | E | See Section VIII #1 |
| 1267. -Blackrock MM Fund #01 | | | | Mon Mkt Inv | | | | | |
| 1268. -Agilent Tech | | | | | | | | | |
| 1269. -American Int'l Group Inc | | | | | | | | | |
| 1270. -Amgen Inc | | | | | | | | | |
| 1271. -Bank of America | | | | | | | | | |
| 1272. -Boeing Co | | | | | | | | | |
| 1273. -Citigroup Inc | | | | | | | | | |
| 1274. -Costco Wholesale Corp | | | | | | | | | |
| 1275. -Equitable Resourses Inc | | | | | | | | | - |

1 Income Gain Codes.        A = $1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
(See Columns B1 and D4)        F = $50,001 - $100,000        G = $100,001 - $1,000,000        H1 =$1,000,001 - $5,000,000        H2 = More than $5,000,000
2 Value Codes        J = $15,000 or less        K = $15,001 - $50,000        L = $50,001 - $100,000        M = $100,001 - $250,000
(See Columns C1 and D3)        N = $250,001 - $500,000        O = $500,001 - $1,000,000        P1 = $1,000,001 - $5,000,000        P2 = $5,000,001 - $25,000,000
        P3 = $25,000,001 - $50,000,000        P4 = More than $50,000,000
3 Value Method Codes        Q = Appraisal        R = Cost (Real Estate Only)        S = Assessment        T = Cash Market
(See Column C2)        U = Book Value        V = Other        W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1276. -Exxon Mobil Corp | | | | | Part Sold | 05/03 | | | |
| 1277. -Exxon Mobil Corp | | | | | Part Sold | 09/12 | | | |
| 1278. -General Electric Co | | | | | | | | | |
| 1279. -Hewlett-Packard Co | | | | | | | | | |
| 1280. -Idearc | | | | | Sold | 05/03 | | | |
| 1281. -Ingersoll Rand | | | | | | | | | |
| 1282. -Intel Corp | | | | | | | | | |
| 1283. -Int'l Business Machines Corp | | | | | | | | | |
| 1284. -Johnson & Johnson | | | | | | | | | |
| 1285. -Legg Mason Inc | | | | | | | | | |
| 1286. -McDonalds Corp | | | | | | | | | |
| 1287. -Medtronic Inc | | | | | | | | | |
| 1288. -Pfizer Inc | | | | | | | | | |
| 1289. -Pepsico Inc | | | | | | | | | |
| 1290. -PPG Industries Inc | | | | | | | | | |
| 1291. -Procter & Gamble Co | | | | | | | | | |
| 1292. -Stryker Corp | | | | | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q - Appraisal | R =Cost (Real Estate Only) | S - Assessment | T =Cash Market | |
| (See Column C2) | U - Book Value | V - Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent.<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1293. -Teva Pharmaceutical Inds Ltd ADR | | | | | | | | | |
| 1294. -Unilever NV New York Shs New | | | | | | | | | |
| 1295. -Vengy | | | | | Sold | 05/03 | | | |
| 1296. -Verizon | | | | | | | | | |
| 1297. -Artisan Fds Inc Int'l Fd #661 | | | | | | | | | |
| 1298. -Fidelity Adv Diversity Int'l Fd #734 | | | | | | | | | |
| 1299. -Ishares Trust MSCI Emerging Index Fd | | | | | | | | | |
| 1300. -Ishares Trust MSCI Emerging Index Fd | | | | | Bot | 05/03 | | | |
| 1301. -Ishares Trust MSCI EAFE Index Fd | | | | | Bot | 05/03 | | | |
| 1302. -Janus Mid Cap Value Fd | | | | | | | | | |
| 1303. -R S Investment Mgmt Small Co Gr Fund | | | | | | | | | |
| 1304. Fiduciary Positions - - | | | | | | | | | |
| 1305. Trust #13    (No income rec'd) | | None | O | T | | | M | F | See Section VIII #1 |
| 1306. -Mellon Nat'l Muni MM Fd | | | | | Mon Mkt Inv | | | | |
| 1307. -AT&T Inc | | | | | Bot | 02/12 | | | |
| 1308. -AT&T Inc | | | | | Bot | 07/06 | | | |
| 1309. -Abbott Laboratories | | | | | Part Sold | 07/06 | | | |

1 Income Gain Codes    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
 (See Columns B1 and D4)   F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
 (See Columns C1 and D3)   N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
        P3 =$25,000,001 - $50,000,000        P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
 (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1310. -Abercrombie & Fitch Co | | | | | Sold | 02/12 | | | |
| 1311. -Accenture Ltd | | | | | Bot | 02/12 | | | |
| 1312. -Accenture Ltd | | | | | Bot | 07/06 | | | |
| 1313. -Accenture Ltd | | | | | Sold | 11/15 | | | |
| 1314. -Allegheny Tech Inc | | | | | Bot | 02/12 | | | |
| 1315. -Alltel Corp | | | | | Sold | 02/12 | | | |
| 1316. -Allergan Inc | | | | | Sold | 02/12 | | | |
| 1317. -Altria Group Inc | | | | | Bot | 02/12 | | | |
| 1318. -Altria Group Inc | | | | | Bot | 07/06 | | | |
| 1319. -Altria Group (spinoff of Kraft Foods) | | | | | Spinoff | 04/02 | | | |
| 1320. -Ambac Finl Group Inc | | | | | Bot | 02/12 | | | |
| 1321. -Ambac Finl Group Inc | | | | | Sold | 09/07 | | | |
| 1322. -Amdocs Ltd | | | | | Sold | 02/12 | | | |
| 1323. -American Express Co | | | | | Sold | 02/12 | | | |
| 1324. -American Express Co | | | | | Bot | 08/27 | | | |
| 1325. -American Express Co | | | | | Bot | 09/07 | | | |
| 1326. -American Int'l Group | | | | | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1327. -American Int'l Group | | | | | Bot | 02/12 | | | |
| 1328. -American Int'l Group | | | | | Bot | 07/06 | | | |
| 1329. -Amgen Inc | | | | | Sold | 05/18 | | | |
| 1330. -Apache Corp | | | | | | | | | |
| 1331. -Apache Corp | | | | | Bot | 07/06 | | | |
| 1332. -Apple Computer Inc | | | | | Part Sold | 02/12 | | | |
| 1333. -Apple Computer Inc | | | | | Part Sold | 05/24 | | | |
| 1334. -Apple Computer Inc | | | | | Bot | 07/06 | | | |
| 1335. -Apple Computer Inc | | | | | Part Sold | 07/17 | | | |
| 1336. -Apple Computer Inc | | | | | Part Sold | 11/15 | | | |
| 1337. -Avon Products Inc | | | | | Sold | 02/12 | | | |
| 1338. -Bank of America Corp | | | | | | | | | |
| 1339. -Bank of America Corp | | | | | Bot | 07/06 | | | |
| 1340. -Capital One Financial Group | | | | | Sold | 02/12 | | | |
| 1341. -Caterpillar Inc | | | | | Sold | 02/12 | | | |
| 1342. -Chicago Merc Exchange | | | | | Bot | 07/06 | | | |
| 1343. -Chicago Merc Ex (name chg to CME) | | | | | Name Changed | 07/13 | | | - |

| 1 Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1344. -Chicos Fas Inc | | | | | Sold | 02/12 | | | |
| 1345. -Chubb Corp | | | | | Bot | 02/12 | | | |
| 1346. -Chubb Corp | | | | | Bot | 07/06 | | | |
| 1347. -Chubb Corp | | | | | Bot | 11/29 | | | |
| 1348. -Circuit City Stores Inc | | | | | Sold | 02/12 | | | |
| 1349. -Cisco Systems Inc | | | | | Part Sold | 02/12 | | | |
| 1350. -Cisco Systems Inc | | | | | Bot | 07/06 | | | |
| 1351. -Cit Group Inc | | | | | Bot | 02/12 | | | |
| 1352. -Cit Group Inc | | | | | Sold | 11/27 | | | |
| 1353. -Citigroup Inc | | | | | Part Sold | 07/06 | | | |
| 1354. -CME (recd in name chg Chicago Merc) | | | | | Received | 07/13 | | | |
| 1355. -Coca Cola Co | | | | | Sold | 02/12 | | | |
| 1356. -Coca Cola Co | | | | | Bot | 06/25 | | | |
| 1357. -Coca Cola Co | | | | | Bot | 07/06 | | | |
| 1358. -Cognizant Tech Sol Corp | | | | | Bot | 02/12 | | | |
| 1359. -Cognizant Tech Sol Corp | | | | | Bot | 07/06 | | | |
| 1360. -Cognizant Tech Sol Corp | | | | | Part Sold | 10/18 | | | |

| 1 Income Gain Codes | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1361. -Cognizant Tech Sold Corp | | | | | Sold | 11/15 | | | |
| 1362. -Companhia Vale Do Rio Doce | | | | | Part Sold | 05/24 | | | |
| 1363. -Companhia Vale Do Rio Doce | | | | | Part Sold | 06/20 | | | |
| 1364. -Companhia Vale Do Rio Doce | | | | | Bot | 07/06 | | | |
| 1365. -Concophillips | | | | | | | | | |
| 1366. -Concophillips | | | | | Bot | 02/12 | | | |
| 1367. -Concophillips | | | | | Part Sold | 05/24 | | | |
| 1368. -Concophillips | | | | | Bot | 07/06 | | | |
| 1369. -Corning Inc | | | | | Sold | 02/12 | | | |
| 1370. -CVS/Caremark Corp | | | | | Bot | 04/30 | | | |
| 1371. -CVS/Caremark Corp | | | | | Bot | 07/06 | | | |
| 1372. -CVS/Caremark Corp | | | | | Bot | 11/02 | | | |
| 1373. -Danaher Corp | | | | | | | | | |
| 1374. -Danaher Corp | | | | | Bot | 02/12 | | | |
| 1375. -Danaher Corp | | | | | Part Sold | 05/24 | | | |
| 1376. -Danaher Corp | | | | | Bot | 07/06 | | | |
| 1377. -Directv Group Inc | | | | | Bot | 11/15 | | | |

| 1 Income Gain Codes | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1378. -Eaton Corp | | | | | Bot | 02/12 | | | |
| 1379. -Eaton Corp | | | | | Bot | 07/06 | | | |
| 1380. -EMC Corp | | | | | Bot | 05/24 | | | |
| 1381. -EMC Corp | | | | | Bot | 07/06 | | | |
| 1382. -EMC Corp | | | | | Bot | 10/26 | | | |
| 1383. -Emerson El Co | | | | | Bot | 02/12 | | | |
| 1384. -Emerson El Co | | | | | Bot | 07/06 | | | |
| 1385. -Ensco Int'l Co | | | | | Bot | 11/15 | | | |
| 1386. -Exelon Corp | | | | | | | | | |
| 1387. -Exelon Corp | | | | | Bot | 02/12 | | | |
| 1388. -Exelon Corp | | | | | Part Sold | 05/24 | | | |
| 1389. -Exelon Corp | | | | | Bot | 07/06 | | | |
| 1390. -Exxon Mobil Corp | | | | | Part Sold | 02/12 | | | |
| 1391. -Exxon Mobil Corp | | | | | Bot | 07/06 | | | |
| 1392. -Federated Dept Stores Inc | | | | | Sold | 02/12 | | | |
| 1393. -Freeport-McM Copper Gold | | | | | Sold | 02/12 | | | |
| 1394. -GAP Inc | | | | | Bot | 11/26 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1395. -General Electric Co | | | | | Part Sold | 07/06 | | | |
| 1396. -Genetech Inc | | | | | Sold | 02/12 | | | |
| 1397. -Goldman Sachs Group Inc | | | | | | | | | |
| 1398. -Goldman Sachs Group Inc | | | | | Bot | 07/06 | | | |
| 1399. -Google Inc | | | | | | | | | |
| 1400. -Halliburton Co | | | | | Bot | 02/12 | | | |
| 1401. -Halliburton (Exchange offer for Kbr) | | | | | Exchange | 04/16 | | | |
| 1402. -Halliburton Co | | | | | Bot | 07/06 | | | |
| 1403. -Hartford Financial Svs Group Inc | | | | | Sold | 02/12 | | | |
| 1404. -Hess Corp | | | | | | | | | |
| 1405. -Hess Corp | | | | | Bot | 07/06 | | | |
| 1406. -Hewlett Packard Co | | | | | Bot | 02/12 | | | |
| 1407. -Hewlett Packard Co | | | | | Bot | 07/06 | | | |
| 1408. -Hilton Hotels Corp | | | | | | | | | |
| 1409. -Hilton Hotels Corp | | | | | Bot | 07/06 | | | |
| 1410. -Hilton Hotels Corp | | | | | Sold | 08/07 | | | |
| 1411. -Honeywell Int'l Inc | | | | | Part Sold | 02/12 | | | |

1 Income Gain Codes.        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
  (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes             J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
  (See Columns C1 and D3)   N =$250,000 - $500,000  O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                          P3 =$25,000,001 - $50,000,000                       P4 =More than $50,000,000
3 Value Method Codes      Q =Appraisal            R =Cost (Real Estate Only)   S =Assessment                T =Cash Market
  (See Column C2)          U =Book Value           V =Other                  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1412. -Honeywell Int'l Inc | | | | | Bot | 07/06 | | | |
| 1413. -Hospira Inc | | | | | Bot | 03/13 | | | |
| 1414. -Hospira Inc | | | | | Bot | 06/06 | | | |
| 1415. -Hospira Inc | | | | | Bot | 07/06 | | | |
| 1416. -Idearc | | | | | Sold | 02/12 | | | |
| 1417. -Johnson & Johnson | | | | | Bot | 11/15 | | | |
| 1418. -Kbr Inc(rec fr Halliburton exch) | | | | | Received | 04/16 | | | |
| 1419. -Kraft Foods (rec fr Astria spinoff) | | | | | Received | 04/02 | | | |
| 1420. -Kraft Foods Inc | | | | | Sold | 05/08 | | | |
| 1421. -Legg Mason Inc | | | | | Sold | 02/12 | | | |
| 1422. -Lehman Bros Hldgs Inc | | | | | Sold | 02/12 | | | |
| 1423. -Lilly Eli & Co | | | | | Sold | 02/12 | | | |
| 1424. -Marvell Tech Group Ltd | | | | | Sold | 02/12 | | | |
| 1425. -Marriott Int'l Inc | | | | | Bot | 08/07 | | | |
| 1426. -McAfee Inc | | | | | Bot | 06/06 | | | |
| 1427. -McAfee Inc | | | | | Bot | 07/06 | | | |
| 1428. -Medtronic Inc | | | | | Part Sold | 02/12 | | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | F =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1429. -Medtronic Inc | | | | | Bot | 07/06 | | | |
| 1430. -Memc El Matls Inc | | | | | Sold | 02/12 | | | |
| 1431. -Merck & Co Inc | | | | | Bot | 05/18 | | | |
| 1432. -Merck & Co Inc | | | | | Bot | 08/07 | | | |
| 1433. -Merrill Lynch & Co Inc | | | | | Bot | 07/06 | | | |
| 1434. -Merrill Lynch & Co Inc | | | | | Sold | 11/08 | | | |
| 1435. -Metlife | | | | | Bot | 08/29 | | | |
| 1436. -Microchip Technology Inc | | | | | Sold | 02/12 | | | |
| 1437. -Microsoft Corp | | | | | | | | | |
| 1438. -Microsoft Corp | | | | | Bot | 02/12 | | | |
| 1439. -Microsoft Corp | | | | | Part Sold | 05/24 | | | |
| 1440. -Microsoft Corp | | | | | Bot | 07/06 | | | |
| 1441. -Microsoft Corp | | | | | Bot | 11/15 | | | |
| 1442. -JP Morgan Chase & Co | | | | | | | | | |
| 1443. -JP Morgan Chase & Co | | | | | Bot | 07/06 | | | |
| 1444. -Motorola Inc | | | | | Sold | 02/12 | | | |
| 1445. -Natl Semiconductor Corp | | | | | Bot | 07/06 | | | |

1 Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes            J =$15,000 or less     K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                         P3 =$25,000,001 - $50,000,000                     P4 =More than $50,000,000
3 Value Method Codes      Q =Appraisal           R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)          U =Book Value          V =Other                W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1446. -Natl Semiconductor Corp | | | | | Sold | 11/05 | | | |
| 1447. -News Corp Inc | | | | | | | | | |
| 1448. -News Corp Inc | | | | | Bot | 02/12 | | | |
| 1449. -News Corp Inc | | | | | Bot | 07/06 | | | |
| 1450. -News Corp Inc | | | | | Bot | 11/09 | | | |
| 1451. -Nike Inc | | | | | Part Sold | 02/12 | | | |
| 1452. -Nike Inc | | | | | Part Sold | 08/28 | | | |
| 1453. -Noble Corp | | | | | Sold | 02/12 | | | |
| 1454. -Omnicom Group Inc | | | | | Bot | 02/12 | | | |
| 1455. -Omnicom Group Inc | | | | | Bot | 07/06 | | | |
| 1456. -Oracle Corp | | | | | Bot | 02/12 | | | |
| 1457. -Oracle Corp | | | | | Bot | 07/06 | | | |
| 1458. -Oracle Corp | | | | | Part Sold | 11/15 | | | |
| 1459. -Pepsico Inc | | | | | Part Sold | 05/24 | | | |
| 1460. -Pepsico Inc | | | | | Bot | 07/06 | | | |
| 1461. -Pfizer Inc | | | | | Part Sold | 02/12 | | | |
| 1462. -Pfizer Inc | | | | | Part Sold | 05/24 | | | |

1 Income Gain Codes    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1463. -Pfizer Inc | | | | | Bot | 07/06 | | | |
| 1464. -Praxir Inc | | | | | | | | | |
| 1465. -Praxir Inc | | | | | Bot | 07/06 | | | |
| 1466. -Procter & Gamble | | | | | Part Sold | 07/06 | | | |
| 1467. -Prudential Finl Inc | | | | | Bot | 02/12 | | | |
| 1468. -Prudential Finl Inc | | | | | Bot | 07/06 | | | |
| 1469. -Prudential Finl Inc | | | | | Sold | 08/28 | | | |
| 1470. -Qualcomm Inc | | | | | Part Sold | 05/24 | | | |
| 1471. -Qualcomm Inc | | | | | Bot | 07/06 | | | |
| 1472. -Sanofi-Synthelabo Spon Adr | | | | | Part Sold | 05/24 | | | |
| 1473. -Sanofi-Synthelabo Spon Adr | | | | | Bot | 07/06 | | | |
| 1474. -Sanofi-Synthelabo Spon Adr | | | | | Sold | 08/07 | | | |
| 1475. -Sempra Energy | | | | | Bot | 03/02 | | | |
| 1476. -Schering Plough Corp | | | | | Bot | 07/06 | | | |
| 1477. -Starbucks Corp | | | | | Sold | 02/12 | | | |
| 1478. -St Jude Medical Inc | | | | | Bot | 11/09 | | | |
| 1479. -State Street Corp | | | | | Sold | 02/12 | | | |

1 Income Gain Codes.          A = $1,000 or less          B = $1,001 - $2,500          C = $2,501 - $5,000          D = $5,001 - $15,000          E = $15,001 - $50,000
  (See Columns B1 and D4)     F = $50,001 - $100,000      G = $100,001 - $1,000,000    H1 = $1,000,001 - $5,000,000  H2 = More than $5,000,000
2 Value Codes                 J = $15,000 or less         K = $15,001 - $50,000        L = $50,001 - $100,000        M = $100,001 - $250,000
  (See Columns C1 and D3)      N = $250,001 - $500,000     O = $500,001 - $1,000,000    P1 = $1,000,001 - $5,000,000  P2 = $5,000,001 - $25,000,000
                               P3 = $25,000,001 - $50,000,000                                                        P4 = More than $50,000,000
3 Value Method Codes          Q = Appraisal               R = Cost (Real Estate Only)  S = Assessment                T = Cash Market
  (See Column C2)              U = Book Value              V = Other                    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1480. -Supervalu Inc | | | | | Bot | 07/06 | | | |
| 1481. -3M Co | | | | | Sold | 05/08 | | | |
| 1482. -TJX Cos Inc | | | | | Bot | 02/12 | | | |
| 1483. -TJX Cos Inc | | | | | Bot | 07/06 | | | |
| 1484. -Target Corp | | | | | | | | | |
| 1485. -Target Corp | | | | | Bot | 02/12 | | | |
| 1486. -Target Corp | | | | | Bot | 07/06 | | | |
| 1487. -Target Corp | | | | | Sold | 11/26 | | | |
| 1488. -Texas Instruments Inc | | | | | | | | | |
| 1489. -Texas Instruments Inc | | | | | Bot | 02/12 | | | |
| 1490. -Texas Instruments Inc | | | | | Part Sold | 05/24 | | | |
| 1491. -Texas Instruments Inc | | | | | Bot | 07/06 | | | |
| 1492. -Texas Instruments Inc | | | | | Part Sold | 10/26 | | | |
| 1493. -Textron Inc | | | | | | | | | |
| 1494. -Thermo Fisher Scientific Inc | | | | | Bot | 02/12 | | | |
| 1495. -Thermo Fisher Scientific Inc | | | | | Bot | 03/12 | | | |
| 1496. -The St Pauls Travelers Cos | | | | | Sold | 02/12 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1497. -TXU Corp | | | | | | | | | |
| 1498. -TXU Corp | | | | | Bot | 02/12 | | | |
| 1499. -TXU Corp | | | | | Sold | 03/01 | | | |
| 1500. -Unitedhealth Group | | | | | Part Sold | 02/12 | | | |
| 1501. -Unitedhealth Group | | | | | Part Sold | 05/24 | | | |
| 1502. -Unitedhealth Group | | | | | Part Sold | 06/05 | | | |
| 1503. -Unitedhealth Group | | | | | Bot | 07/06 | | | |
| 1504. -United Technologies Corp | | | | | Sold | 02/12 | | | |
| 1505. -US Bancorp Del | | | | | Sold | 02/12 | | | |
| 1506. -Verizon Comm | | | | | Sold | 02/12 | | | |
| 1507. -Verizon Comm | | | | | Bot | 05/24 | | | |
| 1508. -Verizon Comm | | | | | Bot | 07/06 | | | |
| 1509. -Walgreen Co | | | | | Part Sold | 02/12 | | | |
| 1510. -Walgreen Co | | | | | Sold | 04/30 | | | |
| 1511. -Wal-Mart Stores Inc | | | | | Part Sold | 02/12 | | | |
| 1512. -Wal-Mart Stores Inc | | | | | Bot | 07/06 | | | |
| 1513. -Wal-Mart Stores Inc | | | | | Bot | 11/26 | | | |

| 1 Income Gain Codes. | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1514. -Wells Fargo & Co New | | | | | Part Sold | 05/24 | | | |
| 1515. -Wells Fargo & Co New | | | | | Bot | 07/06 | | | |
| 1516. -Wyeth | | | | | Part Sold | 02/12 | | | |
| 1517. -Wyeth | | | | | Sold | 03/01 | | | |
| 1518. -Xto Energy Inc | | | | | Bot | 02/12 | | | |
| 1519. -Mellon Emerging Mkts Fd Cl M | | | | | Part Sold | 07/03 | | | |
| 1520. -Mellon Int'l Fund Cl M | | | | | Part Sold | 07/03 | | | |
| 1521. -Mellon Mid Cap Stk Fund | | | | | | | | | |
| 1522. -Mellon Mid Cap Stk Fund | | | | | Bot | 07/03 | | | |
| 1523. -Mellon Small Cap Stk Fd Cl M | | | | | Part Sold | 07/03 | | | |
| 1524. -Mellon Small Cap Stk Fd Cl M | | | | | Bot | 12/06 | | | |
| 1525. Trust #14   (No Benef Interest) | | None | O | T | | | B | D | See Section VIII #1 |
| 1526. - Blackrock PA Muni MM Fd #40 | | | | | Mon Mkt Inv | | | | |
| 1527. -Ipswich MA G O Unltd FGIC 4.8-2007 | | | | | Sold | 08/14 | | | |
| 1528. -Mass Bay Trans Auth MA Gen Trans ..Sys Ser A 4.75-2007 | | | | | Matured | 03/01 | | | |
| 1529. -Anheiser Busch Cos Inc | | | | | Sold | 08/14 | | | |
| 1530. -Aqua America Inc | | | | | Sold | 08.14 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1531. -Automatic Data Proces (spinoff of Broadridge Fin) | | | | | Spinoff | 04/02 | | | |
| 1532. -Automatic Data Processing | | | | | Sold | 08/14 | | | |
| 1533. -Bank of America Corp | | | | | Sold | 08/14 | | | |
| 1534. -Broadridge Finl (rec fr ADP spinoff) | | | | | Received | 04/02 | | | |
| 1535. -Broadridge Finl | | | | | Sold | 08/14 | | | |
| 1536. -Chevron Texaco Corp | | | | | Sold | 08/14 | | | |
| 1537. -Clarcor Inc | | | | | Bot | 04/02 | | | |
| 1538. -Clarcor Inc | | | | | Sold | 08/14 | | | |
| 1539. -Conagra Foods Inc | | | | | Sold | 08/14 | | | |
| 1540. -General Electric Co | | | | | Sold | 08/14 | | | |
| 1541. -Johnson & Johnson | | | | | Sold | 08/14 | | | |
| 1542. -Lowes Cos Inc | | | | | Bot | 04/02 | | | |
| 1543. -Lowes Cos Inc | | | | | Sold | 08/14 | | | |
| 1544. -McGraw Hill Cos Inc | | | | | Bot | 04/02 | | | |
| 1545. -McGraw Hill Cos Inc | | | | | Sold | 08/14 | | | |
| 1546. -Microsoft Corp | | | | | Sold | 08/14 | | | |
| 1547. -RPM Int'l Inc | | | | | Sold | 08/14 | | | |

| 1 Income Gain Codes. (See Columns B1 and D4) | A = $1,000 or less F = $50,001 - $100,000 | B = $1,001 - $2,500 G = $100,001 - $1,000,000 | C = $2,501 - $5,000 H1 = $1,000,001 - $5,000,000 | D = $5,001 - $15,000 H2 = More than $5,000,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J = $15,000 or less N = $250,001 - $500,000 P3 = $25,000,001 - $50,000,000 | K = $15,001 - $50,000 O = $500,001 - $1,000,000 | L = $50,001 - $100,000 P1 = $1,000,001 - $5,000,000 P4 = More than $50,000,000 | M = $100,001 - $250,000 P2 = $5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1548. -SEI Investment Co | | | | | Sold | 08/14 | | | |
| 1549. -Stericycle Inc | | | | | Bot | 04/02 | | | |
| 1550. -Stericycle Inc | | | | | Sold | 08/14 | | | |
| 1551. Trust #15       (No Benef Interest) | None | | L | T | | | C | | See Section VIII #1 |
| 1552. -Blackrock PA Muni MM | | | | | Mon Mkt Inv | | | | |
| 1553. -AT&T | | | | | Part Sold | 10/31 | | | |
| 1554. -American Intl Group | | | | | Part Sold | 10/31 | | | |
| 1555. -Amgen Inc | | | | | Part Sold | 10/31 | | | |
| 1556. -Bank of America | | | | | Part Sold | 10/31 | | | |
| 1557. -Burlington Northern Santa Fe | | | | | Part Sold | 10/31 | | | |
| 1558. -Conagra Foods Inc | | | | | Part Sold | 10/31 | | | |
| 1559. -Emerson Electric Co | | | | | | | | | |
| 1560. -Hewlett-Packard Co | | | | | Part Sold | 10/31 | | | |
| 1561. -Medco Hlth Solutions Inc | | | | | | | | | |
| 1562. -Medtronic Inc | | | | | Part Sold | 10/31 | | | |
| 1563. -Merck & Co | | | | | Part Sold | 10/31 | | | |
| 1564. -Pepsico Inc | | | | | Part Sold | 10/31 | | | |

1 Income Gain Codes.          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
  (See Columns B1 and B4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes                 J =$15,000 or less        K =$15,001 - $50,000       L =$50,001 - $100,000        M =$100,001 - $250,000
  (See Columns C1 and D3)     N =$250,001 - $500,000    O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3 Value Method Codes          Q =Appraisal              R =Cost (Real Estate Only) S =Assessment                T =Cash Market
  (See Column C2)             U =Book Value             V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1565. -Procter & Gamble | | | | | | | | | |
| 1566. -Smucker J M Co | | | | | Part Sold | 10/31 | | | |
| 1567. -Wells Fargo & Co | | | | | Part Sold | 10/31 | | | |
| 1568. -Westfield M A G O Unltd MBIA 4.95-2008 | | | | | Part Sold | 11/01 | | | |
| 1569. -Trust #17 (No Benef Interest) | | None | O | T | | | L | E | See Section VIII #1 |
| 1570. -Mellon Nat'l Muni MM Fund | | | | | Mon Mkt Inv | | | | |
| 1571. -Dreyfus Premium Calif Tax Ex Bd Fd | | | | | | | | | |
| 1572. -Mellon Emerging Mkts Fd Cl M | | | | | | | | | |
| 1573. -Mellon Income Stock Fd Cl M | | | | | Part Sold | 07/10 | | | |
| 1574. -Mellon Int'l Fund Cl M | | | | | | | | | |
| 1575. -Mellon Lg Cap Stock Fund Cl M | | | | | | | | | |
| 1576. -Mellon Mid Cap Stock Fund Cl M | | | | | | | | | |
| 1577. -Mellon Nat'l Inter Muni Bond Fd Cl M | | | | | | | | | |
| 1578. -Mellon Small Cap Stk Fd Cl M | | | | | | | | | |
| 1579. Trust #18 (No Benef Interest) | | None | M | T | | | L | D | See Section VIII #1 |
| 1580. -Mellon Nat'l Muni MM Fund | | | | | Mon Mkt Inv | | | | |
| 1581. -Mellon Emerging Mkts Fd Cl M | | | | | Part Sold | 07/10 | | | |

1. Income Gain Codes          A = $1,000 or less          B = $1,001 - $2,500          C = $2,501 - $5,000          D = $5,001 - $15,000          E = $15,001 - $50,000
   (See Columns B1 and D4)    F = $50,001 - $100,000     G = $100,001 - $1,000,000   H1 = $1,000,001 - $5,000,000   H2 = More than $5,000,000
2. Value Codes                J = $15,000 or less         K = $15,001 - $50,000       L = $50,001 - $100,000         M = $100,001 - $250,000
   (See Columns C1 and D3)    N = $250,001 - $500,000     O = $500,001 - $1,000,000   P1 = $1,000,001 - $5,000,000   P2 = $5,000,001 - $25,000,000
                              P3 = $25,000,001 - $50,000,000                          P4 = More than $50,000,000
3. Value Method Codes         Q = Appraisal               R = Cost (Real Estate Only) S = Assessment                 T = Cash Market
   (See Column C2)            U = Book Value              V = Other                   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1582. -Mellon Income Stk Fd Cl M | | | | | Part Sold | 07/10 | | | |
| 1583. -Mellon Int'l Fund Cl M | | | | | | | | | |
| 1584. -Mellon Mid Cap Stk Fd Cl M | | | | | Part Sold | 07/10 | | | |
| 1585. -Mellon Ntl Inter Muni Bd Fd Cl M | | | | | | | | | |
| 1586. -Mellon Ntl Inter Muni Bd Fd Cl M | | | | | Bot | 07/10 | | | |
| 1587. -Mellon Small Cap Stk Fd Cl M | | | | | | | | | |
| 1588. Trust #19 (No Benef Interest) | | None | O | T | | | L | D | See Section VIII #1 |
| 1589. -Mellon Nat'l Muni MM Fund | | | | | Mon Mkt Inv | | | | |
| 1590. -Mellon Emerging Mkts Fd Cl M | | | | | | | | | |
| 1591. -Mellon Int'l Fund Cl M | | | | | | | | | |
| 1592. -Mellon Lg Cap Stock Fund Cl M | | | | | | | | | |
| 1593. -Mellon Mid Cap Stock Fund Cl M | | | | | | | | | |
| 1594. -Mellon Natl Inter Muni Bd Fd Cl M | | | | | | | | | |
| 1595. -Mellon Small Cap Stock Fd Cl M | | | | | | | | | |
| 1596. -Trust #20 (No Benef Interest) | | None | O | T | | | K | | See Section VIII #1 |
| 1597. -Mellon Nat'l Muni MM Fund | | | | | Mon Mkt Inv | | | | |
| 1598. -Mellon Emerging Mkts Fd Cl M | | | | | | | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A - $1,000 or less | B - $1,001 - $2,500 | C - $2,501 - $5,000 | D - $5,001 - $15,000 | E - $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F - $50,001 - $100,000 | G - $100,001 - $1,000,000 | H1 - $1,000,001 - $5,000,000 | H2 - More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J - $15,000 or less | K - $15,001 - $50,000 | L - $50,001 - $100,000 | M - $100,001 - $250,000 | |
| | N - $250,001 - $500,000 | O - $500,001 - $1,000,000 | P1 - $1,000,001 - $5,000,000 | P2 - $5,000,001 - $25,000,000 | |
| | P3 - $25,000,001 - $50,000,000 | | P4 - More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q - Appraisal | R - Cost (Real Estate Only) | S - Assessment | T - Cash Market | |
| | P - Book Value | V - Other | W - Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1599. -Mellon Emerging Mkts Fd Cl M | | | | | Bot | 07/10 | | | |
| 1600. -Mellon Emerging Mkts Fd Cl M | | | | | Bot | 12/20 | | | |
| 1601. -Mellon Income Stk Fd Cl M | | | | | Part Sold | 07/10 | | | |
| 1602. -Mellon Int'l Fund Cl M | | | | | | | | | |
| 1603. -Mellon Int'l Fund Cl M | | | | | Bot | 07/10 | | | |
| 1604. -Mellon Lg Cap Stock Fund Cl M | | | | | | | | | |
| 1605. -Mellon Mid Cap Stock Fund Cl M | | | | | | | | | |
| 1606. -Mellon Mid Cap Stock Fund Cl M | | | | | Bot | 07/10 | | | |
| 1607. -Mellon Small Cap Stock Fd Cl M | | | | | | | | | |
| 1608. -Mellon Small Cap Stock Fd Cl M | | | | | Bot | 07/10 | | | |
| 1609. -Trust #21 (No Benef Interest) | | None | O | T | | | K | E | See Section VIII #1 |
| 1610. -Mellon Nat'l Muni MM Fund | | | | | Mon Mkt Inv | | | | |
| 1611. -Mellon Emerging Mkts Fund Cl M | | | | | | | | | |
| 1612. -Mellon Income Stk Fd Cl M | | | | | Part Sold | 07/10 | | | |
| 1613. -Mellon Income Stk Fd Cl M | | | | | Bot | 12/20 | | | |
| 1614. -Mellon Int'l Fund Cl M | | | | | | | | | |
| 1615. -Mellon Int'l Fund Cl M | | | | | Bot | 12/19 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer, seller (if private transaction) |
| 1616. -Mellon Lg Cap Stock Fund Cl M | | | | | | | | | |
| 1617. -Mellon Mid Cap Stock Fund Cl M | | | | | | | | | |
| 1618. -Mellon Natl Inter Muni Bond Fd Cl M | | | | | | | | | |
| 1619. -Mellon Small Cap Stock Fund Cl M | | | | | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L | 05/06/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

(1) Information (in the transaction) omitted from Column (D)3 in accordance with the Committee's letters of February 1, 1999 and November 5, 2003.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544